IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **REIN TECH, INC.,**<br><br>                     Plaintiff,<br><br>           v.<br><br>**MUELLER SYSTEMS, LLC,**<br><br>                     Defendant. | C.A. No. 1:18-cv-01683-MN<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF REIN TECH, INC.'S MOTION TO STAY ACTION
PENDING *EX PARTE* REEXAMINATIONS**

Plaintiff, Rein Tech, Inc., files this motion to stay this action pending the *ex parte* reexaminations of U.S. Patent Nos. 8,347,427; 9,297,150; and 9,749,792 now pending before the U.S. Patent and Trademark Office.  Plaintiff's supporting brief is filed herewith.

Dated: November 4, 2019

Peter J. Corcoran, III
Texas Bar No. 24080038
*Pro Hac Vice*
CORCORAN IP LAW, PLLC
2019 Richmond Road, Suite 380
Texarkana, Texas 75503
Tel: (903) 701-2481
Fax: (844) 362-3291
Email: peter@corcoranip.com

Respectfully Submitted,

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Counsel for Plaintiff*
*REIN TECH, INC.*