IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **REIN TECH, INC.,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**MUELLER SYSTEMS, LLC,**<br><br>　　　　　Defendant. | C.A. No. 1:18-cv-01683-MN<br><br>JURY TRIAL DEMANDED |

## **DECLARATION OF PETER J. CORCORAN III**

I, Peter J. Corcoran III, declare that I have personal knowledge of the following facts to which I can testify truthfully if called to do so.

1. I am a member of Corcoran IP Law PLLC in Texarkana, Texas, and I am lead counsel to Plaintiff Rein Tech, Inc. in this action.

2. I am a member of the State Bars of Texas, California, and the District of Columbia; I am a registered patent attorney before the U.S. Patent and Trademark Office, and I have practiced intellectual property and patent law for approximately eighteen years.

3. Attached as Exhibit 1 is a true and correct copy of the *Ex Parte* Reexamination file history to October 28, 2019 of U.S. Patent No. 9,297,150 (90/014,354).

4. Attached as Exhibit 2 is a true and correct copy of the *Ex Parte* Reexamination file history to September 10, 2019 of U.S. Patent No. 8,347,427 (90/014,351).

5. Attached as Exhibit 3 is a true and correct copy of the *Ex Parte* Reexamination file history to September 30, 2019 of U.S. Patent No. 9,749,792 (90/014,355).

6. Attached as Exhibit 4 is a true and correct copy of the October 29, 2019, Corrected Petition for *Inter Partes* Review of U.S. Patent No. 9,297,150.

-2-

7.      Attached as Exhibit 5 is a true and correct copy of the October 29, 2019, Petition for *Inter Partes* Review of U.S. Patent No. 8,347,427.

8.      Attached as Exhibit 6 is a true and correct copy of the October 29, 2019, Petition for *Inter Partes* Review of U.S. Patent No. 9,749,792.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 4, 2019                Respectfully Submitted,

                                          */s/ Peter J. Corcoran III*
                                          Peter J. Corcoran III