IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **REIN TECH, INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MUELLER SYSTEMS, LLC,**<br><br>    Defendant. | No. 1:18-cv-01683-MN<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF PETER J. CORCORAN III

I, Peter J. Corcoran III, an adult of sound mind, declare that I have personal knowledge of the following facts to which I can testify truthfully if called to do so.

1.  I am a member of Corcoran IP Law PLLC in Texarkana, Texas, and I am lead counsel to Plaintiff Rein Tech, Inc., in this action.

2.  I am a member of the State Bars of Texas, California, and the District of Columbia; I am a registered patent attorney before the U.S. Patent and Trademark Office, and I have practiced intellectual property and patent law for approximately eighteen years.

3.  Attached as Exhibit 1 is a true and correct copy of Rein Tech's March 21, 2019, Request for Certificate of Correction in the file history of U.S. Patent No. 8,347,427 and the U.S. Patent and Trademark Office's ("PTO")'s May 7, 2019, Response approving Rein Tech's request.

4.  Attached as Exhibit 2 is a true and correct copy of the PTO's latest *ex parte* reexamination statistics dated September 30, 2018, located at https://www.uspto.gov/sites/default/files/documents/ex_parte_historical_stats_roll_up.pdf (last visited Nov. 25, 2019).

I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 25, 2019

Respectfully Submitted,

*/s/ Peter J. Corcoran III*
Peter J. Corcoran III

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2019, I electronically filed the above document(s) with the Clerk of the Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin (#4241)