EXHIBIT 1

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 8,347,427 B2 | Page 1 of 2 |
| APPLICATION NO. | : 13/216521 | |
| DATED | : January 8, 2013 | |
| INVENTOR(S) | : Michael Edward Klicpera | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

Column 20, Line 39, the portion that reads "exits the shower or bath head. The water shut off means" shall read - exits. The water shut-off/on mechanism -

Column 22, Line 63, the portion that reads "shower or bath head, the use of various thermocouples or" shall read - water supply, the use of various thermocouples or -

Column 25, Lines 49-50, the portion that reads "thermistor is utilized for monitoring or measuring temperature of the water entering the shower head, bath head, or" shall read - thermistor is utilized for monitoring or measuring temperature of the water entering the -

Column 25, Lines 57-58, the portion that reads "through the shower or bath head, the use of various venturi type sensor or pressure sensors 74 as depicted in FIG. 4, are" shall read - through the water supply the use of various water rate flow type sensors or pressure sensors 74 as depicted in FIG. 4, are -

Column 34, Line 60, the portion that reads "flowing from a water source, or through the shower head, the" shall read - flowing from a water source, the -

Column 34, Lines 63-64, the portion that reads "a sensor is monitoring the shower temperature of water flowing through the housing, the display means could show any" shall read - a sensor is monitoring the temperature of water flowing through the base station, the display means could show any -

This certificate supersedes the Certificate of Correction issued May 8, 2018.

Signed and Sealed this
Thirteenth Day of August, 2019

Andrei Iancu
*Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**     Page 2 of 2
**U.S. Pat. No. 8,347,427 B2**

In the Claims

Claim 1 reads:
"A water parameter use and monitoring apparatus comprising:
a base station designed to be connected to a main water supply, said base station including a housing;
said base station having a plurality of joint means for connecting to said cold or ambient main water supply;
said plurality of joint means including an input cold or ambient joint means designed to be engaged to the output of a cold or ambient water near or at the water supply;
said apparatus designed to be installed prior to any distribution lines within a residence or commercial building;
said apparatus having one or more display means, said display means can be programmed to visually display one or more water parameters;
electrical circuitry including a microprocessor contained within said base station, said base station having a power source;
one or more flow sensors in close proximity to said water supply, said one or more flow sensors in electrical communication with said electrical circuitry;
one or more wired or wireless communication means in communication with said electrical circuitry, said communication means having the capability to transfer said water parameters; and
said communication means utilizing technology to securely provide water parameters in a confidential format to one or more remote monitoring apparatuses"

Claim 1 should read:
- A water parameter use and monitoring apparatus comprising:
a base station designed to be connected to a cold or ambient main water supply for a residence or commercial building, said base station including a housing;
said base station having a plurality of joint means, said joint means having a first input for connecting to said cold or ambient main water supply;
said plurality of joint means having a first output for connecting to the output of said cold or ambient main water supply;
said base station installed upstream of distribution lines inside said residence or commercial building;
said apparatus having one or more display means, said display means capable of being programmed to visually display one or more water parameters;
electrical circuitry, including a microprocessor contained within said base station, said base station having a power source;
one or more flow sensors in close proximity to said cold or ambient main water supply, said one or more flow sensors in electrical communication with said electrical circuitry; and
one or more wired or wireless communication means in communication with said electrical circuitry, said one or more wired or wireless communication means having the capability of communicating water parameter data and utilizing technology to securely communicate water parameter data in a confidential format to one or more remote monitoring apparatuses. -

EXHIBIT 1



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Patent No.:   8347427
Issue Date:   01/08/2013
Appl. No.:    13/216,521
Filed:        08/24/2011

## PART (A) RESPONSE FOR CERTIFICATES OF CORRECTION

This is a decision on the Certificate of Correction request filed <u>21 March 2019</u>.

The request for issuance of Certificate of Correction for the above-identified correction(s) under the provisions of 37 CFR 1.322 and/or 1.323 is hereby:

(Check one)
☑ Approved          ☐ Approved in Part          ☐ Denied

Comments: ____


## PART (B) PETITION UNDER 37 CFR 1.324 OR 37 CFR 1.48

☐ This is a decision on the petition filed ____ to correct inventorship under 37 CFR 1.324.

☐ This is a decision on the request under 37 CFR 1.48, petition filed ____. In view of the fact that the patent has already issued, the request under 37 CFR 1.48 has been treated as a petition to correct inventorship under 37 CFR 1.324.

The petition is hereby:          ☐ Granted          ☐ Dismissed

Comment: ____



The patented filed is being forwarded to Certificate of Corrections Branch for issuance of a certificate naming only the actual inventor or inventors.

/DAVID P ANGWIN/
Supervisory Patent Examiner, Art Unit 3754
Technology Center <u>3700</u>
Phone: <u>(571)272-4971</u>

Certificates of Correction Branch email: CustomerServiceCoC@uspto.gov CoC Central Phone Number: (703) 756-1814

EXHIBIT 1



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/216,521 | 08/24/2011 | Michael Klicpera | 70924.01 | 4277 |

22509    7590    05/07/2019
MICHAEL E. KLICPERA
PO BOX 573
LA JOLLA, CA 92038-0573

| EXAMINER |
|---|
| BAKER, LORI LYNN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3751 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/07/2019 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

EXHIBIT 1



**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR/ PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 13/216,521 | 08/24/2011 | Klicpera, Michael | 70924.01 |

| MICHAEL E. KLICPERA<br>PO BOX 573<br>LA JOLLA, CA 92038-0573 | EXAMINER |
|---|---|
| | LORI BAKER |
| | ART UNIT \| PAPER |
| | 3754 \| 20190503 |

DATE MAILED: _____

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

| 03/21/2019 Certificate of Correction approved |
|---|
| |

| /LORI L BAKER/<br>Primary Examiner, Art Unit 3754 | /DAVID P ANGWIN/<br>Supervisory Patent Examiner, Art Unit 3754 |
|---|---|

PTO-90C (Rev.04-03)

5

EXHIBIT 1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: Klicpera ) | |
| ) | |
| Serial Number  13/216,521 ) | |
| ) | Art Unit |
| Filed:          08/24/2011 ) | 3751 |
| ) | |
| Examiner:      Lori Lynn Baker ) | |
| ) | |
| For:  Water Use Monitoring ) | |
|       Apparatus ) | |
| ) | |
| Attorney Docket Number:  70924.01 ) | |

Mail Stop Amendments
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:
     Transmitted herewith is an amendment for entry in the above identified patent application.

     √   Certification of Correction

DATED this 21ˢᵗ day of March 2019.

                                        Respectfully submitted,

                                        /Michael E. Klicpera/

                                        Attorney for Applicant
                                        Registration No. 38,044

6

The Applicant is submitting this request for a Certificate of Correction to patent 8,347,427, which discloses a water monitoring apparatus that is connected to the cold or ambient water supply only. The proposed modifications are in compliance with 35 U.S.C. § 255; 37 CFR § 1.323. Certificate of correction of Applicant's mistake which states that whenever a mistake of a clerical or typographical nature, or of minor character, which was not the fault of the Patent and Trademark Office, appears in a patent and a showing has been made that such mistake occurred in good faith, the Director may, upon payment of the required fee, issue a certificate of correction, if the correction does not involve such changes in the patent as would constitute new matter or would require reexamination. Such patent, together with the certificate, shall have the same effect and operation in law on the trial of actions for causes thereafter arising as if the same had been originally issued in such corrected form.

The errors in the specification are those references to shower devices that rather should be directed to a water use monitoring apparatus (water meter). The errors occurred by transferring portions of paragraphs from related applications. These errors are clerical and of minor character and have no new matter nor expand the scope of the application.

Patent 8,347,427, which discloses a water monitoring apparatus that is connected to the cold or ambient water supply only. This is clearly disclosed in Column 5, lines 20-24, and Figures 7 and 8 of the 8,347,427 patent.

Claim 1 was amended to clarify the original disclosure of the 8,347,427 patent to have a plurality of water connections (cold or ambient water)one for the input water supply and one for the output water source to the residential or commercial building. The amendment to Claim 1 is only clerical and of minor character and does not add any new matter, nor does it expand the scope of the claim.

PTO/SB/44 (09-07)
Approved for use through 01/31/2020. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

Page __1__ of __3__

PATENT NO.       : 8,347,427 B2
APPLICATION NO.: 13/216,521
ISSUE DATE       : January 8, 2013
INVENTOR(S)    : Michael Edward Klicpera

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 20, line 39, the portion that reads "exits the shower or bath head. The water shut off means" shall read - exits. The water shut-off/on mechanism"

Column 22, line 63, the portion that reads "shower or bath head, the use of various thermocouples or" shall read - water supply, the use of various thermocouples or -

Column 25, lines 49-50, the portion that reads "thermistor is utilized for monitoring or measuring temperature of the water entering the shower head, bath head, or" shall read - thermistor is utilized for monitoring or measuring temperature of the water entering the -

Column 25, lines 57-58, the portion that reads "through the shower or bath head, the use of various venturi type sensor or pressure sensors 74 as depicted in FIG. 4, are" shall read - through the water supply the use of various water rate flow type sensors or pressure sensors 74 as depicted in FIG. 4, are -

Column 34, line 60, the portion that reads "flowing from a water source, or through the shower head, the" shall read - flowing from a water source, the -

Column 34, lines 63-64, the portion that reads "a sensor is monitoring the shower temperature of water flowing through the housing, the display means could show any" shall read - a sensor is monitoring the temperature of water flowing through the base station, the display means could show any -

MAILING ADDRESS OF SENDER (Please do not use Customer Number below):

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/44 (09-07)
Approved for use through 01/31/2020. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

Page 2 of 3

PATENT NO. : 8,347,427 B2
APPLICATION NO.: 13/216,521
ISSUE DATE : January 8, 2013
INVENTOR(S) : Michael Edward Klicpera

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Claim 1 (Note- taked from Certificate of Correction dated May 8, 2018) reads

- A water parameter use and monitoring apparatus comprising:
a base station designed to be connected to a main water supply, said base station including a housing;

said base station having a plurality of joint means for connecting to said cold or ambient main water supply;

said plurality of joint means including an input cold or ambient joint means designed to be engaged to the output of a cold or ambient water near or at the water supply;

said apparatus designed to be installed prior to any distribution lines within a residence or commercial building;

said apparatus having one or more display means, said display means can be programmed to visually display one or more water parameters;

electrical circuitry including a microprocessor contained within said base station, said base station having a power source;

one or more flow sensors in close proximity to said water supply, said one or more flow sensors in electrical communication with said electrical circuitry;

one or more wired or wireless communication means in communication with said electrical circuitry, said communication means having the capability to transfer said water parameters; and

said communication means utilizing technology to securely provide water parameters in a confidential format to one or more remote monitoring apparatuses -

MAILING ADDRESS OF SENDER (Please do not use Customer Number below):

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/44 (09-07)
Approved for use through 01/31/2020. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

Page 3 of 3

PATENT NO.         : 8,347,427 B2
APPLICATION NO.: 13/216,521
ISSUE DATE         : January 8, 2013
INVENTOR(S)      : Michael Edward Klicpera

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Claim 1 should read

- A water parameter use and monitoring apparatus comprising:

a base station designed to be connected to a cold or ambient main water supply for a residence or commercial building, said base station including a housing;

said base station having a plurality of joint means, said joint means having a first input for connecting to said cold or ambient main water supply;

said plurality of joint means having a first output for connecting to the output of said cold or ambient main water supply;

said base station installed upstream of distribution lines inside said residence or commercial building;

said apparatus having one or more display means, said display means capable of being programmed to visually display one or more water parameters;

electrical circuitry, including a microprocessor contained within said base station, said base station having a power source;

one or more flow sensors in close proximity to said cold or ambient main water supply, said one or more flow sensors in electrical communication with said electrical circuitry; and

one or more wired or wireless communication means in communication with said electrical circuitry, said one or more wired or wireless communication means having the capability of communicating water parameter data and utilizing technology to securely communicate water parameter data in a confidential format to one or more remote monitoring apparatuses. -

MAILING ADDRESS OF SENDER (Please do not use Customer Number below):

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| **Electronic Patent Application Fee Transmittal** ||
|---|---|
| **Application Number:** | 13216521 |
| **Filing Date:** | 24-Aug-2011 |
| **Title of Invention:** | WATER USE MONITORING APPARATUS |
| **First Named Inventor/Applicant Name:** | Michael Klicpera |
| **Filer:** | Michael E. Klicpera |
| **Attorney Docket Number:** | 70924.01 |

Filed as Small Entity

**Filing Fees for Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| CERTIFICATE OF CORRECTION | 2811 | 1 | 150 | 150 |

EXHIBIT 1

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **150** |

| **Electronic Acknowledgement Receipt** ||
|---|---|
| **EFS ID:** | 35495231 |
| **Application Number:** | 13216521 |
| **International Application Number:** | |
| **Confirmation Number:** | 4277 |
| **Title of Invention:** | WATER USE MONITORING APPARATUS |
| **First Named Inventor/Applicant Name:** | Michael Klicpera |
| **Customer Number:** | 22509 |
| **Filer:** | Michael E. Klicpera |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 70924.01 |
| **Receipt Date:** | 21-MAR-2019 |
| **Filing Date:** | 24-AUG-2011 |
| **Time Stamp:** | 16:52:48 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | EFT |
| Payment was successfully received in RAM | $150 |
| RAM confirmation Number | 032219INTEFSW16533200 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: ||

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Certificate of Correction | Certificant-of-Correction-Rationale_8347427.pdf | 322439<br>44a335c73f5ad7bf6444d4122a22545d2a14324c | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Request for Certificate of Correction | sb0044_page1a.pdf | 856602<br>ee65a564fa462ac6fba596789683eb9f07f973bf | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Request for Certificate of Correction | sb0044_page2a.pdf | 866938<br>3ca5b43b6eba452488e22ed9af84d7be356eb02c | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Request for Certificate of Correction | sb0044_page3a.pdf | 868920<br>06a24c7e4aaf013e2c27c0d1e9d3efb0f543b1e8 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Fee Worksheet (SB06) | fee-info.pdf | 30208<br>dd601d59f1764b45ac7264b474565f8839c0d71b | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 2945107 | | |

17

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**