EXHBIIT 2



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81……………………………………………… 14005
    a. By patent owner    4137    30%
    b. by other member of the public    9825    70%
    c. By order of Commissioner    43    0%

2. Number of Filings by discipline
    a. Chemical Operation    3782    27%
    b. Electrical Operation    5270    38%
    c. Mechanical Operation    4717    34%
    d. Design Patents    236    2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 225 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 189 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | 2018 | 189 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation……………………………………………………………………… 4731    34%

5. Decisions on requests……………………………………………………………………………………… 13178
    a. No. granted    12042    91%
        (1) By examiner    11891
        (2) By Director (on petition)    151
    b. No. denied    1136    9%
        (1) By examiner    1089
        (2) Reexam vacated    47

6. Total examiner denials (includes denials reversed by Director)………………………………. 2272
    a. Patent owner requester    586    26%
    b. Third party requester    1686    74%

7. Overall reexamination pendency (Filing date to certificate issue date)……………………
    a. Average pendency    27.7 (mos.)
    b. Median pendency    19.8 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

EXHBIIT 2

| 8. Reexam certificate claim analysis: | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All claims canceled | 3% | 10% | 0% | 12% |
| c. Claims changed | 20% | 47% | 0% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403
    a. Certificates with all claims confirmed    2391    21%
    b. Certificates with all claims canceled    1404    12%
    c. Certificates with claims changes    7608    67%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER    3337
        a. All claims confirmed    690    21%
        b. All claims canceled    293    9%
        c. Claims changed    2313    69%
    b. Certificates – 3rd PARTY REQUESTER    8362
        a. All claims confirmed    1681    20%
        b. All claims canceled    1062    13%
        c. Claims changed    5174    62%
    c. Certificates – COMMISSIONER INITIATED REEXAM    41
        a. All claims confirmed    2    5%
        b. All claims canceled    23    56%
        c. Claims changed    16    39%

1 Total decisions on requests does not include requests that have been vacated or are pending.
data as of 9/30/2018