## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REIN TECH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MUELLER SYSTEMS, LLC,<br><br>    Defendant. | C.A. No. 1:18-cv-01683-MN |

### JOINT STATUS REPORT REGARDING
### STATUS OF USPTO PROCEEDINGS

On March 12, 2020, this Court by oral order stayed this action pending the resolution of the *ex parte* reexaminations and *inter partes* reviews ("IPR") of U.S. Patent Nos. 8,347,427 ("the '427 Patent"); 9,297,150 ("the '150 Patent"); and 9,749,792 ("the '792 Patent") (collectively, "the Asserted Patents") in this case and ordered the parties to file a joint status report on the proceedings every three months. Plaintiff Rein Tech, Inc. ("Rein Tech") and Defendant Mueller Systems, LLC ("Mueller") therefore submit this Joint Status Report as follows.

**I.    Mueller's IPR Petitions Were Granted.**

On May 12, 2020, the Patent Trial and Appeal Board ("PTAB") granted Mueller's IPR petitions and instituted IPRs of the challenged claims of the Asserted Patents as Case Nos. IPR2020-00098 (the '150 Patent), IPR2020-00099 (the '427 Patent), and IPR2020-00100 (the '792 Patent). An oral hearing for the three IPRs has been scheduled for February 3, 2021, if requested by either party.

**II.    Rein Tech's *Ex Parte* Reexaminations Are Stayed Pending Resolution of the IPRs.**

On May 14 and 15, 2020, the PTAB stayed the *ex parte* reexaminations pending the termination or completion of the corresponding IPRs. Those reexaminations are Control Nos.

90/014,354 involving the '150 Patent, Control No. 90/014,351 involving the '427 Patent, and Control No. 90/014,355 involving the '792 Patent.

| | |
|---|---|
| Dated: June 12, 2020 | Respectfully Submitted, |
| */s/ Timothy Devlin* | */s/ Kenneth L. Dorsney* |
| Timothy Devlin (No. 4241) | Kenneth L. Dorsney (I.D. No. 3726) |
| DEVLIN LAW FIRM LLC | MORRIS JAMES, LLP |
| 1526 Gilpin Avenue | 500 Delaware Ave., Suite 1500 |
| Wilmington, DE 19806 | Wilmington, DE 19801-1494 |
| Phone: (302) 449-9010 | (302) 888-6800 |
| tdevlin@devlinlawfirm.com | kdorsney@morrisjames.com |
| *Counsel for Plaintiff* | *Attorneys for Defendant* |
| *Rein Tech, Inc.* | *Mueller Systems, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, I electronically filed the above document(s) with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing(s) to all registered counsel.

                                                  */s/ Timothy Devlin*
                                                  Timothy Devlin (No. 4241)