# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **REIN TECH, INC.,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**MUELLER SYSTEMS, LLC,**<br><br>      **Defendant.** | C.A. No. 1:18-cv-01683-MN |

## SIXTH JOINT STATUS REPORT REGARDING
## STATUS OF RELATED PROCEEDINGS

Under this Court's March 12, 2020 Order, staying this action pending resolution of co-pending *ex parte* reexamination proceedings for U.S. Patent Nos. 8,347,427; 9,297,150; and 9,749,792 ("Patents-in-Suit"), Plaintiff Rein Tech, Inc. and Defendant Mueller Systems, LLC hereby submit this Sixth Joint Status Report and inform this Court that the reexamination proceedings involving the Patents-in-Suit remain pending.

In Reexam Serial No. 90/014,354 for the '150 Patent, the PTO issued an Ex Parte Quayle Action on July 21, 2021, indicating that the application was in condition for allowance but for some formal matters that Rein Tech responded to on July 26, 2021; in Reexam Serial No. 90/014,351 for the '427 Patent, the PTO issued a Notice of Intent to Issue Reexam Certificate on September 1, 2021; and in Reexam Serial No. 90/014,355 for the '792 Patent, the PTO issued an Advisory Action notifying Rein Tech that its August 6, 2021, after final amendment would not be entered. Prosecution is continuing in the '355 Reexam.

Dated: September 14, 2021

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Counsel for Plaintiff*
*Rein Tech, Inc.*

Respectfully Submitted,

MORRIS JAMES, LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (I.D. No. 3726)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendant*
*Mueller Systems, LLC*