## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **REIN TECH, INC.,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**MUELLER SYSTEMS, LLC,**<br><br>      **Defendant.** | C.A. No. 1:18-cv-01683-MN |

## SEVENTH JOINT STATUS REPORT REGARDING STATUS OF RELATED PROCEEDINGS

Under this Court's March 12, 2020 Order, staying this action pending resolution of co-pending *ex parte* reexamination proceedings for U.S. Patent Nos. 8,347,427; 9,297,150; and 9,749,792 ("Patents-in-Suit"), Plaintiff Rein Tech, Inc. and Defendant Mueller Systems, LLC hereby submit this Seventh Joint Status Report and inform this Court that the reexamination proceedings involving the Patents-in-Suit remain pending.

In Reexam Serial No. 90/014,354 for the '150 Patent, the PTO issued an Ex Parte Reexamination Certificate on November 8, 2021; in Reexam Serial No. 90/014,351 for the '427 Patent, the PTO issued an Ex Parte Reexamination Certificate on October 27, 2021; and in Reexam Serial No. 90/014,355 for the '792 Patent, the PTO issued a Notice of Intent to Issue a Reexam Certificate on December 9, 2021.

Dated: December 14, 2021                                              Respectfully Submitted,

| | |
|---|---|
| */s/ Timothy Devlin*<br>Timothy Devlin (No. 4241)<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Phone: (302) 449-9010<br>tdevlin@devlinlawfirm.com<br><br>*Counsel for Plaintiff*<br>*Rein Tech, Inc.* | */s/ Kenneth L. Dorsney*<br>Kenneth L. Dorsney (I.D. No. 3726)<br>MORRIS JAMES, LLP<br>500 Delaware Ave., Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>kdorsney@morrisjames.com<br><br>*Attorneys for Defendant Mueller Systems, LLC* |