# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **REIN TECH, INC.,** | |
| Plaintiff, | |
| v. | C.A. No. 1:18-cv-01683-MN |
| **MUELLER SYSTEMS, LLC,** | |
| Defendant. | |

## EIGHTH JOINT STATUS REPORT REGARDING STATUS OF RELATED PROCEEDINGS

Under this Court's March 12, 2020 Order, staying this action pending resolution of co-pending *ex parte* reexamination proceedings for U.S. Patent Nos. 8,347,427; 9,297,150; and 9,749,792 ("Patents-in-Suit"), Plaintiff Rein Tech, Inc. ("Rein Tech") and Defendant Mueller Systems, LLC hereby submit this Eighth Joint Status Report and inform this Court that the reexamination proceedings involving the Patents-in-Suit remain pending.

In Reexam Serial No. 90/014,354 for the '150 Patent, the PTO issued an Ex Parte Reexamination Certificate on November 8, 2021. Rein Tech then filed a Request for Certificate of Correction on January 19, 2022. On January 26, 2022, the PTO partially granted the request, and the PTO should soon issue the Certificate of Correction. *See* MPEP § 1485.

In Reexam Serial No. 90/014,351 for the '427 Patent, the PTO issued an Ex Parte Reexamination Certificate on October 27, 2021.

In Reexam Serial No. 90/014,355 for the '792 Patent, the PTO issued an Ex Parte Reexamination Certificate on January 12, 2022. Rein Tech then filed a Request for Certificate of Correction on January 27, 2022. On February 2, 2022, the PTO granted the request, and the PTO issued the Certificate of Correction on March 3, 2022.

| | |
|---|---|
| Dated: March 14, 2022 | Respectfully Submitted, |
| */s/ Timothy Devlin* | */s/ Kenneth L. Dorsney* |
| Timothy Devlin (No. 4241) | Kenneth L. Dorsney (I.D. No. 3726) |
| DEVLIN LAW FIRM LLC | MORRIS JAMES, LLP |
| 1526 Gilpin Avenue | 500 Delaware Ave., Suite 1500 |
| Wilmington, DE 19806 | Wilmington, DE 19801-1494 |
| Phone: (302) 449-9010 | (302) 888-6800 |
| tdevlin@devlinlawfirm.com | kdorsney@morrisjames.com |
| CORCORAN IP LAW PLLC | TAYLOR ENGLISH DUMA, LLP |
| Peter J. Corcoran, III (*pro hac vice*) | Todd E. Jones (admitted *pro hac vice*) |
| 4142 McKnight Road | Coby S. Nixon (admitted *pro hac vice*) |
| Texarkana, Texas 75503 | Seth K. Trimble (admitted *pro hac vice*) |
| Tel: (903) 701-2481 | 1600 Parkwood Circle, Suite 400 |
| Fax: (844) 362-3291 | Atlanta, GA 30339 |
| peter@corcoranip.com | tjones@taylorenglish.com |
| | cnixon@taylorenglish.com |
| *Counsel for Plaintiff* | strimble@taylorenglish.com |
| *Rein Tech, Inc.* | (770) 434-6868 |
| | *Attorneys for Defendant* |
| | *Mueller Systems, LLC* |