## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **REIN TECH, INC.,** | |
| **Plaintiff,** | |
| **v.** | **C.A. No. 1:18-cv-01683-MN** |
| **MUELLER SYSTEMS, LLC,** | |
| **Defendant.** | |

## NINTH JOINT STATUS REPORT REGARDING
## STATUS OF RELATED PROCEEDINGS

Under this Court's March 12, 2020 Order, staying this action pending resolution of co-pending *ex parte* reexamination proceedings for U.S. Patent Nos. 8,347,427; 9,297,150; and 9,749,792 ("Patents-in-Suit"), Plaintiff Rein Tech, Inc. ("Rein Tech") and Defendant Mueller Systems, LLC hereby submit this Ninth Joint Status Report and inform this Court that the reexamination proceedings involving the Patents-in-Suit remain pending.

In Reexam Serial No. 90/014,351 for the '427 Patent, the PTO issued an Ex Parte Reexamination Certificate on October 27, 2021.

In Reexam Serial No. 90/014,354 for the '150 Patent, the PTO issued an Ex Parte Reexamination Certificate on November 8, 2021. Rein Tech then filed a Request for Certificate of Correction on January 19, 2022. On January 26, 2022, the PTO partially granted the request, and the PTO should soon issue the Certificate of Correction. *See* MPEP § 1485.

In Reexam Serial No. 90/014,355 for the '792 Patent, the PTO issued an Ex Parte Reexamination Certificate on January 12, 2022. Rein Tech then filed a Request for Certificate of Correction on January 27, 2022. On February 2, 2022, the PTO granted the request, and the PTO issued the Certificate of Correction on March 3, 2022. On June 6, 2022, Rein Tech filed a Request for Certificate of Correction, which is pending.

Dated: June 14, 2022

Respectfully Submitted,

DEVLIN LAW FIRM LLC

MORRIS JAMES, LLP

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (I.D. No. 3726)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com

CORCORAN IP LAW PLLC
Peter J. Corcoran, III (*pro hac vice*)
4142 McKnight Road
Texarkana, Texas 75503
Tel: (903) 701-2481
Fax: (844) 362-3291
peter@corcoranip.com

TAYLOR ENGLISH DUMA, LLP
Todd E. Jones (admitted *pro hac vice*)
Coby S. Nixon (admitted *pro hac vice*)
Seth K. Trimble (admitted *pro hac vice*)
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
tjones@taylorenglish.com
cnixon@taylorenglish.com
strimble@taylorenglish.com
(770) 434-6868

*Counsel for Plaintiff*
*Rein Tech, Inc.*

*Attorneys for Defendant*
*Mueller Systems, LLC*