# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **REIN TECH, INC.,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**MUELLER SYSTEMS, LLC,**<br><br>   **Defendant.** | C.A. No. 1:18-cv-01683-MN |

## TENTH JOINT STATUS REPORT REGARDING
## STATUS OF RELATED PROCEEDINGS

Under this Court's March 12, 2020 Order, staying this action pending resolution of co-pending *ex parte* reexamination proceedings for U.S. Patent Nos. 8,347,427; 9,297,150; and 9,749,792 (the "Patents-in-Suit"), Plaintiff Rein Tech, Inc. and Defendant Mueller Systems, LLC hereby submit this Tenth Joint Status Report and inform this Court that the reexamination proceedings involving the Patents-in-Suit are complete, and the parties are ready to proceed as this Court directs.

Dated: September 14, 2022

Respectfully Submitted,

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

CORCORAN IP LAW PLLC
Peter J. Corcoran, III (*pro hac vice*)
4142 McKnight Road
Texarkana, Texas 75503
Tel: (903) 701-2481
Fax: (844) 362-3291
peter@corcoranip.com
*Counsel for Plaintiff Rein Tech, Inc.*

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (I.D. No. 3726)
MORRIS JAMES, LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com

TAYLOR ENGLISH DUMA, LLP
Todd E. Jones (admitted *pro hac vice*)
Coby S. Nixon (admitted *pro hac vice*)
Seth K. Trimble (admitted *pro hac vice*)
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
tjones@taylorenglish.com
cnixon@taylorenglish.com
strimble@taylorenglish.com
(770) 434-6868
*Attorneys for Defendant Mueller Systems, LLC*