# EXHIBIT 7



# 420 SERIES BRONZE
## 420 Bronze PD Meter - Sizes ⅝" x ½" and ⅝" x ¾"

## FEATURES

**Applications:** The Mueller® 420 bronze is a nutating disc style, positive displacement meter designed for residential and small commercial applications where water volumes are low and low flow sensitivity is important.

**Conformance to Standards:** All Mueller 420 bronze meters meet or exceed the latest revision of the AWWA C-700 Standard for positive displacement meters. Every 420 bronze no lead meter is compliant with the latest initiatives of NSF, ANSI and EPA standards.

**Construction:** Mueller 420 water meters consist of three basic parts: maincase; measuring chamber; and permanently sealed register. The maincase is made of bronze for long life. Direction of flow arrows and model are cast into each maincase for ease of identification. The bottom cover is epoxy-coated cast iron with a molded plastic liner separating it from the waterway. Optional bronze and polymer bottom covers are available. The measuring chambers are designed for reduced wear during operation. The measuring chamber, integral strainer, nutating disc and thrust roller are thermoplastic, which is dimensionally stable and will not corrode. The register housing and lid are available in your choice of plastic or bronze for standard visual read registers. The meter is designed so that the register can be replaced easily without removing the meter from the service line.

**Register:** The permanently sealed visual read register has a unique triple "L" seal and heat treated, glass lens to eliminate dirt, moisture infiltration and fogging. An integral tamper-proof locking feature is provided to resist tampering with the register. The totalizing register has a straight-reading odometer type display, a 360º test circle with center sweep hand and a low flow (leak) detector. Standard gearing is used, making registers interchangeable by size. The 420 bronze meter is available with all AMR and AMI options for increased reading efficiency.

**Operation:** Water flows through the meter's strainer where debris is screened out. The incoming water fills a known volume of the measuring chamber on one or the other side of a movable disc that separates the chamber into two sections. As water enters, it moves the disc (nutates), forcing a known volume of water out of the meter from the opposite side of the disc. The process repeats as the sections refill and empty in turn. The nutating action of the disc is coupled magnetically to the register to indicate the volume of water that passes through the meter.

**Maintenance:** The Mueller 420 positive displacement meter is designed and manufactured to provide long service life with virtually no maintenance required. Repair components available include complete chamber assemblies and bottom plate gaskets. All components can be accessed without removing the meter body from the service line for simplified maintenance.

**Connections:** Supplied with external straight pipe threads (NPSM) per ANSI B1.20.1



⅝" X ½" 420 BRONZE PD METER

## MATERIALS AND SPECIFICATIONS

| | |
|---|---|
| **Model** | 420 Bronze Meter |
| **Sizes** | ⅝" x ½", ⅝" x ¾" |
| **Standards** | AWWA C-700, Most current NSF-61, ANSI, & EPA Initiatives |
| **Service** | Measurement of flow in forward direction only |
| **Installation** | Horizontal or Vertical |
| **Operating Flow Range** | See charts on the following pages |
| **Accuracy** | See charts on the following pages |
| **Maximum Working Pressure** | 150 psi |
| **Temperature Range** | 33º F to 100º F water temperature |
| **Measuring Element** | Nutating Disc PD Chamber |
| **Register Type** | Straight reading, permanently sealed, magnetic drive with low flow indicator and remote reading capability |
| **Meter Connections** | External straight pipe threads (NPSM) |
| **Materials** | Meter case – Bronze<br>Bolts – Stainless Steel<br>Measuring Element Chamber and Disc - Thermoplastic<br>Disc Pin - SST<br>Strainer - Thermoplastic |
| **Options** | AMR/AMI Reading Systems |

# 420 SERIES BRONZE

## 420 Bronze PD Meter - Sizes ⅝" x ½" and ⅝" x ¾"

### METER REGISTRATION

| METER SIZE | INITIAL DIAL* | CAPACITY | INITIAL DIAL* | CAPACITY |
|---|---|---|---|---|
| ⅝" | 10 Gallons | 10 Million | 1 Cubic Feet | 1 Million |

*Registration equal to one full revolution of the sweep hand.

### FLOW CHARACTERISTICS

| METER SIZE | TYPICAL LOW FLOW (95% MINIMUM) | TYPICAL OPERATING RANGE (100% ± 1.5%) | MAXIMUM CONTINUOUS OPERATION |
|---|---|---|---|
| ⅝" | ⅛ GPM | ½ to 20 GPM | 15 GPM |

### PERFORMANCE
### HEAD LOSS

**Head Loss on ⅝" 420 Bronze**

(AWWA STD. marked on chart)

NOTE: Performance curves are typical only and NOT a guarantee of performance.

### ACCURACY



**Accuracy on ⅝" 420 Bronze**

NOTE: Performance curves are typical only and NOT a guarantee of performance.

2

# 420 SERIES BRONZE

### 420 Bronze PD Meter - Sizes ⅝" x ½" and ⅝" x ¾"

## MODEL 420 BRONZE METER ASSEMBLY COMPONENTS

| ITEM | PART # | DESCRIPTION | QTY |
|---|---|---|---|
| 1 | C5768 | Plastic Register Cover | 1 |
|   | C5774 | Bronze Register Cover |   |
| 2 | C5769 | Plastic Register Housing Base | 1 |
|   | C5772 | Bronze Register Housing Base |   |
| 3 | AS41122 | Plastic Lid Spirol Pin | 1 |
|   | AS41123 | Bronze Lid Spirol Pin |   |
| 4 | AS12658 | Blue Color Register Locking Pin | 1 |
|   | AS126581 | Bronze Color Register Locking Pin |   |
| 5 | D36981 | Model 420 Visual Register SG | 1 |
|   | D36982 | Model 420 Visual Register CF |   |
|   | D36983 | Model 420 Visual Register CM |   |
| 6 | C5770 | Register Housing Insert | 1 |
| 7 | D3680SI | ⅝" x ¾" Model 420 Main Case | 1 |
|   | D3681-1SI | ⅝" x ½" Model 420 Main Case |   |
| 8 | A13120 | Model 420 Chamber O-Ring | 1 |
| 9 | D3635PO | Model 420 Chamber Assembly | 1 |
| 10 | C6681 | Model 420 Bronze Strainer Retainer | 1 |
| 11 | B8664 | Model 420 Bronze Gasket | 1 |
| 12 | B8665 | Model 420 Liner (Iron / Brz Only) | 1 |
| 13 | B8663 | Model 420 Iron Bottom Plate | 1 |
|   | B8662 | Model 420 Bronze Bottom Plate |   |
|   | C6682 | Model 420 Polymer Bottom Plate |   |
| 14 | 90026 | ⁵⁄₁₆ - 18 x ⅞" Hex Bolt SS (Iron / Brz Btm) | 4 |
|   | 90010 | ⁵⁄₁₆ - 18 x 1 ⅛" Hex Bolt SS (Plastic Btm) |   |
| 15 | 90018 | ⁵⁄₁₆ Flat Washer SS (Polymer Btm) | 4 |



3

## DIMENSIONS, WEIGHTS AND PARTS

| METER SIZE | | ⅝" | |
|---|---|---|---|
| MODEL | 420 BRONZE STANDARD REGISTER | 420 BRONZE SSR REGISTER | 420 BRONZE ME-8 REGISTER |
| DIMENSION | | | |
| A | 3.8125" | 3.8125" | 3.8125" |
| B | 7.5" | 7.5" | 7.5" |
| C | 3.3125 | 3" | 3.5" |
| D | 1.375" | 1.375" | 1.375" |
| Weight | 3.7 | 3.7 | 3.7 |

Weights are in pounds are approximate.
Inlet and outlet ½" or ¾"

## 420 BRONZE METER





*For more information about Mueller or to view our full line of water products, please visit Muellersystems.com or call Mueller customer service at 1.800.423.1323.*

Mueller refers to one or more of Mueller Water Products, Inc. a Delaware corporation ("MWP"), and its subsidiaries. MWP and each of its subsidiaries are legally separate and independent entities when providing products and services. MWP does not provide products or services to third parties. MWP and each of its subsidiaries are liable only for their own acts and omissions and not those of each other.
MWP brands include Mueller®, Echologics®, Hydro Gate®, Hydro-Guard®, HYMAX®, Jones®, Krausz®, Mi.Net®, Milliken®, Pratt®, Pratt Industrial®, Singer®, and U.S. Pipe Valve & Hydrant.
Please see muellerwp.com/brands and krauszusa.com to learn more.

© 2020 Mueller Systems, LLC. All Rights Reserved. The trademarks, logos and service marks displayed in this document are the property of
Mueller Water Products, Inc., its affiliates or other third parties. Products above marked with a section symbol (§) are subject to patents or patent applications.
For details, visit www.mwppat.com. These products are intended for use in potable water applications. Please contact your Mueller Sales or Customer Service
Representative concerning any other application(s).

F 14206 10/20