# EXHIBIT 8



# SOLID STATE METER (SSM)

Sizes ⅝" x ¾" and ¾" Short; ¾" Long; and 1"

**Applications:** The Mueller solid state meter (SSM) is available in ⅝" X ¾" through 2" sizes. The SSM meter provides 8 digits of granular data for visual reads and 8 digits in encoded electronic format for use in Mueller Mi.Net AMR / AMI applications. The meter can be used in any residential or commercial application where a high degree of accuracy at low flow rates is important.

**Construction:** The SSM meter utilizes a low lead copper alloy body with a polymer measuring tube and patented stainless steel reflectors. A heat treated glass lens and polymer lid surround provide protection for the liquid crystal display. 3.6 volt lithium batteries provide power for the processor for 20 years of life. All internal electronics are potted to prevent water intrusion in the toughest environments.

**Operation:** The SSM meter utilizes ultrasonic measurement technology to provide outstanding accuracy across a broad flow range with extremely low pressure loss. The static meter design means there are no moving parts inside the meter so it will not degrade in accuracy over the life of the meter due to mechanical wear, providing exceptional revenue for years to come.

With starting flow rates as low as 0.017 GPM and ultra-low flow accuracy of 95% at 0.05 GPM on the ⅝' X ¾" and ¾" short sizes, the SSM is capable of wringing every drop of revenue from your system and detecting the smallest leaks and backflow conditions. The stainless steel reflectors and measuring tube design channel water over the reflectors to keep them free of debris and increase the velocity of the water as it passes through the tube, contributing to the high degree of meter accuracy.

The display provides large numerals and icons that permit verification of the 8-digit meter volume as well as direction of flow, error alarm status, and battery life. A unique, never duplicated 8-digit serial number on the SSM meter faceplate and lid identifies it as the basis for all systems communication. The register face plate and housing provide visual information specific to the registration units, model, size, date of manufacture, and billing units, to provide verifiable and retrievable data in the event it is required.

**Conformance to standards:** Mueller SSM meter complies with AWWA C-715 requirements for accuracy and odometer wheel height as well as the American Standard Code for Information Interchange or ASCII.

**Operation:** When interrogated by a Mueller AMR / AMI device, the SSM meter communicates the unique 8-digit serial number and 8-digit electronic reading in ACSII format where it can be recorded and maintained within the reporting structure of the AMR / AMI system. In the event that field testing is required, an optical button located on the display faceplate can be utilized to place the meter in test mode which provides excellent resolution for testing purposes.

**Maintenance:** The Mueller SSM meter is designed and manufactured to provide a 20 year service life with virtually no maintenance required. Meter lids are available as replacement components in the event of vandalism or the need for meter retrofits.



SOLID STATE METER
⅝" X ¾" - 1"

## MATERIALS AND SPECIFICATIONS

| Model | Solid State Meter (SSM) |
|---|---|
| Register Type | Solid State Encoder Register |
| Sizes | ⅝" through 2" Ultrasonic Meters |
| Standards | Manufactured and tested to meet or exceed all applicable accuracy and pressure loss requirements of the AWWA C-715 standard and the American Standard Code for Information Interchange (ASCII) |
| Temperature Operating Range | 34ºF to 158ºF |
| Storage Temperature Range | -4ºF to 158ºF |
| Water Temperature Range | 34ºF to 140ºF |
| Connection Options | 18" Nicor Connector, 5' flying lead wire, with factory potted connections |
| Materials | Processor / register housing and lid - thermoplastic; Register lens – heat treated, tempered glass; LCD, polymer measuring tube, SST reflectors |
| AMR / AMI Compatibility | Mi.Net AMR / AMI system, and other AMR / AMI systems that can utilize the standard 8-digit encoder protocol output. |

# SOLID STATE METER (SSM)

Sizes ⅝" x ¾" and ¾" Short; ¾" Long; and 1"

## GENERAL TECHNICAL DATA

|  | ⅝" – ¾" – 1" |
|---:|:---:|
| Medium Temperature Range | 34 ... 122 °F |
| Ambient Operating Temperature | 34 ... 158 °F |
| Ambient Storage Temperature | -4 ... +140 °F (>90° F max. for one hour) |
| Maximum Pressure | psi 200 |
| Power Supply | 3.6 VDC lithium battery |
| Battery Lifetime | 20 years |
| Interfaces | Industry standard Encoder protocol, ASCII output for compatibility with all AMR / AMI systems |
| Data Storage | Alarms and consumption values |
| Protection Class | IP 68 |

## TECHNICAL DATA DISPLAY

|  | ⅝" – ¾" – 1" |
|---:|:---:|
| Display Indication | LCD, 8-digit, Gallon Visual display to 0.1 Gallons and Cubic Foot Display to 0.01 Cubic Feet |
| Units | Flow and volume (GPM, gal, $Ft^3$ ) |
| Values Displayed | Volume - flow - reverse flow - water temperatures - display test - error and alarm status - battery lifetime |
| Values Transmitted | 8-digit electronic resolution only |

## APPROVAL

|  | ⅝" – ¾" – 1" |
|---:|:---:|
| NSF | Complies with NSF / ANSI Standard 61, Annex F/G |
| AWWA | Meets or exceeds applicable sections of the AWWA / ANSI C700 Standards |
| FCC | Complies with FCC part 15 B |

## MATERIAL

|  | ⅝" – ¾" – 1" |
|---:|:---:|
| Measuring Pipe | Lead-free copper alloy "CUPHIN®" |
| Register Housing | Engineered Polymer |
| Transducers | Composite |
| Reflectors | Stainless steel |

# SOLID STATE METER (SSM)
### Sizes ⅝" x ¾" and ¾" Short; ¾" Long; and 1"

## DIMENSIONS




| SIZE | | | ⅝" X ¾" | ¾" S | ¾" L | 1" |
|---|---|---|---|---|---|---|
| Lay Length | L | Inch | 7.5" | 7.5" | 9.0" | 10.75" |
| Register Length | L1 | Inch | 3.5" | 3.5" | 3.5" | 3.5" |
| Register Width | W | Inch | 3.7" | 3.7" | 3.7" | 3.7" |
| Height to Center of Pipe | H | Inch | 4.0" | 4.0" | 4.0" | 4.2" |
| Height to Center of Pipe | H1 | Inch | 1.3" | 1.3" | 1.3" | 1.4" |
| Nominal Thread Size | | | 1"-11.5 NPSM | 1"-11.5 NPSM | 1"-11.5 NPSM | 1.25"-11.5 NPSM |
| Net Weight | | Lb. | 2.8 | 2.8 | 3.1 | 3.5 |

## TYPICAL FLOW CHARTS

**Typical Flow Chart ⅝" Mueller SSM**



**Typical Flow Chart ¾" Mueller SSM**



**Typical Flow Chart 1" Mueller SSM**



## TECHNICAL DATA

| SIZE | | | ⅝" X ¾" | ¾" S | ¾" L | 1" |
|---|---|---|---|---|---|---|
| Lay Length | L | Inch | 7.5 | 7.5 | 9 | 10.75 |
| Operating Flow Range | | GPM | 0.1 - 30 | 0.1 - 30 | 0.1 - 30 | 0.4 - 55 |
| Low Flow Range | | GPM | 0.05 - 0.1 | 0.05 - 0.1 | 0.05 - 0.1 | 0.25 - 0.4 |
| Operating Range accuracy | | % | ±1.5 | ±1.5 | ±1.5 | ±1.5 |
| Low Flow Range accuracy | | % | -5 / ±1.5 | -5 / ±1.5 | -5 / ±1.5 | -5 / ±1.5 |
| Pressure Loss | | | 2.0 psi at 15 GPM | 2.0 psi at 15 GPM | 2.0 psi at 15 GPM | 1.5 psi at 25 GPM |
| Operating Performance | | | In the temperature range of 45 to 85° F, meter consumption measurement is accurate to ±1.5% over the normal flow range (reference: approved test bench, ISO9001 certified. | | | |

**For more information about Mueller or to view our full line of water products, please visit muellersystems.com or call Mueller customer service at 1.800.423.1323.**

Mueller refers to one or more of Mueller Water Products, Inc. a Delaware corporation ("MWP"), and its subsidiaries. MWP and each of its subsidiaries are legally separate and independent entities when providing products and services. MWP does not provide products or services to third parties. MWP and each of its subsidiaries are liable only for their own acts and omissions and not those of each other. MWP brands include Mueller®, Echologics®, Hydro Gate®, Hydro-Guard®, HYMAX®, Jones®, Krausz®, Mi.Net®, Milliken®, Pratt®, Pratt Industrial®, Singer®, and U.S. Pipe Valve & Hydrant. Please see muellerwp.com/brands and krauszusa.com to learn more.

© 2020 Mueller Systems, LLC. All Rights Reserved. The trademarks, logos and service marks displayed in this document are the property of Mueller Water Products, Inc., its affiliates or other third parties. Products above marked with a section symbol (§) are subject to patents or patent applications.
For details, visit www.mwppat.com. These products are intended for use in potable water applications. Please contact your Mueller Sales or Customer Service Representative concerning any other application(s).

F 13988 6/20





# SOLID STATE METER (SSM)
## Sizes 1 ½" & 2"

**Applications:** The Mueller solid state meter (SSM) is available in 1½" and 2" sizes. The SSM meter provides 8 digits of granular data for visual reads and 8 digits in encoded electronic format for use in Mueller Mi.Net AMR / AMI applications. The meter can be used in any residential or commercial application where a high degree of accuracy at low flow rates is important.

**Construction:** The SSM meter utilizes a stainless steel body with a polymer measuring tube and patented stainless steel reflectors. A heat treated glass lens and polymer lid and surround provide protection for the liquid crystal display. 3.6 volt lithium batteries provide power for the processor for 20 years of life. All internal electronics are potted to prevent water intrusion in the toughest environments.

**Operation:** The SSM meter utilizes ultrasonic measurement technology to provide outstanding accuracy across a broad flow range with extremely low pressure loss. The static meter design means there are no moving parts inside the meter so it will not degrade in accuracy over the life of the meter due to mechanical wear, providing exceptional revenue for years to come.

With ultra-low flow accuracy of 95% at 0.08 GPM on the 1 ½" sizes, the SSM is capable of wringing every drop of revenue from your system and detecting the smallest leaks and backflow conditions. The stainless steel reflectors and measuring tube design channel water over the reflectors to keep them free of debris and increase the velocity of the water as it passes through the tube, contributing to the high degree of meter accuracy.

The display provides large numerals and icons that permit verification of the 8-digit meter volume as well as direction of flow, error and alarm status, and battery life. A unique, never duplicated 8-digit serial number on the SSM meter faceplate and lid identifies it as the basis for all systems communication. The register face plate and housing provide visual information specific to the registration units, model, size, date of manufacture, and billing units, to provide verifiable and retrievable data in the event it is required.

**Conformance To Standards:** Mueller SSM meter complies with AWWA C-715 requirements for accuracy and odometer wheel height as well as the American Standard Code for Information Interchange or ASCII.

**Operation:** When interrogated by a Mueller AMR / AMI device, the SSM meter communicates the unique 8-digit serial number and 8-digit electronic reading in ACSII format where it can be recorded and maintained within the reporting structure of the AMR / AMI system. In the event that field testing is required, an optical button located on the display faceplate can be utilized to place the meter in test mode which provides excellent resolution for testing purposes.



SOLID STATE METER SIZES 1 ½" & 2"

**Maintenance:** The Mueller SSM meter is designed and manufactured to provide a 20 year service life with virtually no maintenance required. Meter lids are available as replacement components in the event of vandalism or the need for meter retrofits.

## MATERIALS AND SPECIFICATIONS

| | |
|---|---|
| **Model** | Solid State Meter (SSM) |
| **Register Type** | Solid State Encoder Register |
| **Sizes** | 1½" & 2" Ultrasonic Meters |
| **Standards** | Manufactured and tested to meet or exceed all applicable accuracy and pressure loss requirements of the AWWA C-715 standard and the American Standard Code for Information Interchange (ASCII) |
| **Temperature Operating Range** | 34ºF to 158ºF |
| **Storage Temperature Range** | -4ºF to 158ºF |
| **Water Temperature Range** | 34ºF to 140ºF |
| **Connection Options** | 18" Nicor Connector, 5' flying lead wire, with factory potted connections |
| **Materials** | Processor / register housing and lid - thermoplastic; Register lens – heat treated, tempered glass; LCD, polymer measuring tube, SST reflectors |
| **AMR / AMI Compatibility** | Mi.Net AMR / AMI system, and other AMR / AMI systems that can utilize the standard 8-digit encoder protocol output. |

# SOLID STATE METER (SSM)
## Sizes 1 ½" & 2"

### GENERAL TECHNICAL DATA

| | 1.5" AND 2" |
|---|---|
| Potable Water Temperature Range | 34 … 122 °F |
| Ambient Operating Temperature | 34 … 158 °F |
| Ambient Storage Temperature | -4 … +140 °F (>90° F max. for one hour) |
| Maximum Pressure | psi 300 |
| Power Supply | 3.6 VDC lithium battery |
| Battery Lifetime | 20 years |
| Interfaces | Industry standard Encoder protocol, ASCII output for compatibility with all AMR / AMI systems |
| Data Storage | Alarms and consumption values |
| Protection class | IP 68 |
| Operating performance | In the temperature range of 45 to 85 °F, meter consumption measurement is accurate to ±1.5% over the normal flow range (reference: approved test bench, ISO9001 certified. |

### TECHNICAL DATA DISPLAY

| | 1.5" AND 2" |
|---|---|
| Display | LCD, 8-digit Visual resolution in US Gallons to 0.1 and Ft3 to 0.01 |
| Units | Flow and volume (GPM, gal, Ft3) |
| Values Displayed | Volume - flow - reverse flow - water temperatures - display test - error and alarm status - battery lifetime |

### APPROVAL

| | 1.5" AND 2" |
|---|---|
| NSF | Complies with NSF / ANSI Standard 61, Annex F/G |
| AWWA | Meets or exceeds applicable sections of the AWWA / ANSI C715 Standards |
| FCC | Complies with FCC part 15 B |

### MATERIAL

| | 1.5" AND 2" |
|---|---|
| Measuring Pipe | Stainless Steel |
| Register Housing | Engineered Polymer |
| Transducers | Composite |
| Reflectors | Stainless steel |

# SOLID STATE METER (SSM)

### Sizes 1 ½" & 2"

### DIMENSIONS

 

| SIZE | | | 1.5" | 2" L |
|---|---|---|---|---|
| Lay Length | L | Inch | 13" | 17" |
| Register Length | L1 | Inch | 3.5" | 3.5" |
| Register Width | W | Inch | 3.75" | 3.75" |
| Height to Center of Pipe | H1 | Inch | 2" | 2.5" |
| Height to Center of Pipe | H1 | Inch | 3.3" | 3.3" |
| Net Weight | | Lb. | 14.1 | 19.2 |

### TYPICAL FLOW CHARTS

**Typical Flow Chart 1 ½" Mueller SSM**



**Typical Flow Chart 2" Mueller SSM**



### TECHNICAL DATA

| SIZE | | | 1.5" | 2" L |
|---|---|---|---|---|
| Lay Length | L | Inch | 13" | 17" |
| Operating Flow Range | | GPM | 0.8 - 100 | 0.8 - 160 |
| Low Flow Range | | GPM | 0.5 - 0.8 | 0.55 - 0.8 |
| Operating Range accuracy | | % | ±1.5 | ±1.5 |
| Low Flow Range accuracy | | % | -5 / ±1.5 | -5 / ±1.5 |
| Pressure Loss | | | 3.5 psi at 70 GPM | 3.6 psi at 110 GPM |

***For more information about Mueller or to view our full line of water products, please visit muellersystems.com or call Mueller customer service at 1.800.423.1323.***

Mueller refers to one or more of Mueller Water Products, Inc. a Delaware corporation ("MWP"), and its subsidiaries. MWP and each of its subsidiaries are legally separate and independent entities when providing products and services. MWP does not provide products or services to third parties. MWP and each of its subsidiaries are liable only for their own acts and omissions and not those of each other. MWP brands include Mueller®, Echologics®, Hydro Gate®, Hydro-Guard®, HYMAX®, Jones®, Krausz®, Mi.Net®, Milliken®, Pratt®, Pratt Industrial®, Singer®, and U.S. Pipe Valve & Hydrant. Please see muellerwp.com/brands and krauszusa.com to learn more.

© 2020 Mueller Systems, LLC. All Rights Reserved. The trademarks, logos and service marks displayed in this document are the property of Mueller Systems, LLC., its affiliates or other third parties. Products above marked with a section symbol (§) are subject to patents or patent applications. For details, visit www.mwppat.com. These products are intended for use in potable water applications. Please contact your Mueller Sales or Customer Service Representative concerning any other application(s).

F 14222 6/20

