# EXHIBIT 9



# MI.NET® M NODE
## Mi.Node M Meter Mobile / Fixed Meter Interface Unit

## FEATURES

**Two Way Communications:** The Mueller Mi.Node M meter interface unit provides a direct connection to all Mueller water meters equipped with a Mueller encoder register. The primary function of the Mi.Node transceiver is to provide full, two way communications in either the Mi.Net mobile system or fixed network environment.

**System Components:** Information retrieved from a water meter is stored temporarily within the Mi.Node meter interface unit's internal memory. As a default, the Mi.Node meter interface unit will transmit hourly meter data at a predetermined time once per day to the Multi Network collector in fixed network mode and bubble up every 6 seconds to be read via a mobile collector. On demand reads to the Mi.Node meter interface unit can been requested at any point in time and are typically delivered within seconds. For fixed network applications, this data is sent to a Multi Network Collector (MNC) via an unlicensed radio frequency and then relayed to the Mi.Net system host server for analysis and storage. In a mobile application, the data is retrieved by a vehicle based Mobile Transceiver and that data is then uploaded to the server back at the office. The Mi.Node meter interface unit utilizes advanced noise filtering technology that allow the Mi.Net system to maximize range while keeping infrastructure to a minimum. Multiple routing routing options for each Mi.Node meter interface unit ensure that the data will be retrieved by the server.

**Construction:** The Mi.Node meter interface unit incorporates multiple moisture barriers to eliminate concerns over moisture intrusion even in meter box environments. An o-ring sealed thermoplastic enclosure, coated electronic board and potting compound provide a watertight package that permits Mueller to offer a 20 year warranty on the Mi.Node meter interface unit. A large lithium ion battery provides plenty of power over the life of the transceiver.

**Scalable and Upgradable:** The various models of Mi.Node meter meter interface unit allow the Mi.Net system to provide robust and efficient AMI, and water conservation solutions for all types of residential and commercial applications.

The Mi.Node meter interface unit's functionality can be upgraded remotely by issuing a broadcast demand. A firmware upgrade made over the Mi.Net system network allows the Mi.Node meter interface unit to be upgraded autonomously. All system Mi.Node transceivers can be scheduled for an upgrade at one time and the system will notify the user when the process is complete.

The Mi.Node meter interface unit seamlessly connects directly to the Mueller Remote Disconnect (RDM) meter for easy but secure actuation of the valve through the user interface and can be actuated in the field or through the AMI network.



## MATERIALS AND SPECIFICATIONS

| |
|---|
| Interfaces with most domestic meter manufacturers standard encoded protocol |
| Logs and stores 105 days of hourly data meter data in internal memory |
| Automatically detects encoder meter type connected |
| No external power supply required for operation |
| Notifies the system of low battery level for preemptive maintenance |
| RF antenna contained inside Mi.Node meter interface unit enclosure |
| FCC compliant |
| Mi.Node wire lengths To Mueller register  5′, 25′ |
| Power Source C Cell Lithium Battery |
| Transmit Frequency 902 MHz – 928 MHz |
| Data Integrity Verified with every data message |
| Temperature Range: -40°F to + 158°F (-40°C to + 70°C) |
| Humidity: 0% - 100% condensing |
| Dimensions 6 ⅝″ high x 2 ¹⁵⁄₁₆″ wide x 3 ⅜″ deep |

*For more information about Mueller or to view our full line of water products, please visit muellersystems.com or call Mueller customer service at 1.800.423.1323.*

Mueller refers to one or more of Mueller Water Products, Inc. a Delaware corporation ("MWP"), and its subsidiaries. MWP and each of its subsidiaries are legally separate and independent entities when providing products and services. MWP does not provide products or services to third parties. MWP and each of its subsidiaries are liable only for their own acts and omissions and not those of each other. MWP brands include Mueller®, Echologics®, Hydro Gate®, Hydro-Guard®, HYMAX®, Jones®, Krausz®, Mi.Net®, Milliken®, Pratt®, Pratt Industrial®, Singer®, and U.S. Pipe Valve & Hydrant. Please see muellerwp.com/brands and krauszusa.com to learn more.

© 2020  Mueller Systems, LLC. All Rights Reserved. The trademarks, logos and service marks displayed in this document are the property of Mueller Water Products, Inc., its affiliates or other third parties. Products above marked with a section symbol (§) are subject to patents or patent applications. For details, visit www.mwppat.com. These products are intended for use in potable water applications. Please contact your Mueller Sales or Customer Service Representative concerning any other application(s).

F 14189 3/20