# EXHIBIT 10



# Cellular Node

Network-as-a-Service Water Endpoint

At Mueller, we are accelerating our investments in smart water technologies that will provide business insights to water utilities, enabling them to improve operational efficiency, reduce water loss and increase their customer satisfaction levels.

Mueller Cellular node is the latest addition to Mi.Net Advanced Meter Infrastructure (AMI) system – a communications network that automates the meter-reading-to-billing process, linking meters, distributions site and control devices in a single, efficient data network.

## What is Mueller Cellular Node?

The Mueller Cellular Node allows water utilities to connect meters to their AMI network where radio communication is not feasible or cost effective. This Network-as-a-Service (NaaS) endpoint solution communicates with encoded water meters, including meters that are already in operation. The agility that comes with this model allows utilities to deploy an AMI network in small areas, or entire distribution network, without the need for traditional infrastructure and maintenance.



Like other Mueller nodes, the Cellular Node feeds consumption data directly to the Sentryx Water Intelligence Platform which provides utilities with a holistic view and insights into the health of their distribution systems including pressure, consumption and leak detection.

## Why Mueller Cellular Node?


**Provisioning speed:** Nodes can be up and running in a matter of days.


**Reduced costs:** Implementing NaaS not only significantly reduces costs including infrastructure, operations and maintenance, but also minimizes risks associated with implementing new processes, hardware and software.


**Enhanced Security:** Mueller has implemented security measures to provide data protection on the user interface, critical field devices, and utility IT data systems. Amazon Web Service (AWS) provides an added level of protection of the utility, homeowner and business data.


**Operational efficiency:** When paired with the Mueller remote disconnect/reconnect meter, utilities no longer need to send utility personnel to the site to perform meter reading or turning it on or off.


**Remote and rural community accessibility:** Utilities can look to this solution to "fill the holes" in the network without having to replace encoded meters or add expensive network infrastructure..


**Supports network sustainability:** Through the Sentryx platform, utilities can see their water network data meaningfully displayed on one secure platform with intuitive dashboards to navigate with ease and minimal training.

## Mueller Cellular Node Use Cases

**Water Utility Business Challenges**

**How the Cellular Node can help**



Increase water meter infrastructure efficiency and effectiveness

Connecting the Cellular Node to a positive displacement, solid state meter, electromagnetic flow meter, or other encoded meter, allows usage and flow data to be monitored 24/7 and obtained quickly without the operational burden of setting up and maintaining the system infrastructure. Data parsed through the Sentryx algorithm are converted into valuable insights for utilities to take preventive actions on their systems.

When supply network evolves, water utilities can add more data points without reconfiguring the entire platform architecture.



Financing for capital improvements

For utilities serving connections across varied population density, AMR and fixed-base AMI are a natural fit for urban areas, but less-so in rural, hard-to-reach areas where utility personnel safety is in question and there are not enough connections to justify the cost of setup and maintenance.

The deployment of the Cellular Node allows the system to be connected without the need to remove existing encoded meters. By utilizing existing cellular networks, delay in meter reading and risk of lost or unbilled revenue minimized.



Long term water supply availability

Metering encourages water conservation with consumption data flow critical for raising awareness of water usage and empower residents and businesses to develop their own strategies to reduce usage and energy.

## Achieving Sustainable Urbanization with the Sentryx™ Platform.

As the world continues to rapidly densify, developing a sustainable smart city is critical to the effective management of the city's assets and resources in a way to continuously improve the quality of life of the citizens from an economic, social and environmental level.

For smart cities to thrive with an ever-growing demand for water – our priceless resource, focusing on the key building block of a smart city i.e. smart water, is a great place to start.

The Sentryx platform provides smart utilities an intuitive way of visualizing patterns and anomalies by integrating multiple data sources on one single platform. Utilities can deploy and dispatch employees by technologies to drive maximum efficiency.



The solution connects meters, distribution sensors and control devices in an efficient wireless network for near real-time access.

Together with Mueller Cellular node, this smart and scalable solution provides the ultimate in flexibility and security, allowing the utility to cost-effectively add advanced capabilities to fixed networks or drive-by solutions, without replacing the entire system.



Discover what Mueller Cellular Node can do for your utility.
Talk to us at **1.800.423.1323**
or visit **https://marketing.muellerwp.com/mscellnode**

**For more information about Mueller or to view our full line of water products, please visit muellersystems.com or call Mueller customer service at 1.800.423.1323.**

Mueller refers to one or more of Mueller Water Products, Inc. a Delaware corporation ("MWP"), and its subsidiaries. MWP and each of its subsidiaries are legally separate and independent entities when providing products and services. MWP does not provide products or services to third parties. MWP and each of its subsidiaries are liable only for their own acts and omissions and not those of each other. MWP brands include Mueller®, Echologics®, Hydro Gate®, Hydro-Guard®, HYMAX®, i2O®, Jones®, Krausz®, Mi.Net®, Milliken®, Pratt®, Pratt Industrial®, Singer®, and U.S. Pipe Valve & Hydrant. Please see muellerwp.com/brands and krauszusa.com to learn more.

© 2022 Mueller Systems, LLC. All Rights Reserved. The trademarks, logos and service marks displayed in this document are the property of Mueller Systems, LLC., its affiliates or other third parties. Products above marked with a section symbol (§) are subject to patents or patent applications. For details, visit www.mwppat.com. These products are intended for use in potable water applications. Please contact your Mueller Sales or Customer Service Representative concerning any other application(s).

F A14645  2/22

