# EXHIBIT 11

MUELLER WATER PRODUCTS



# Network Operations Center



Giving residents access to safe, clean drinking water is among the most capital-intensive and operationally-significant services provided by water utilities. From leak detection to billing integrity, ensuring the safety, reliability and cost-effectiveness of water infrastructure requires constant vigilance.

Mueller Network Operations Center (NOC) provides real-time surveillance of its North American customers' water infrastructure. By freeing up resources otherwise required to monitor infrastructure data, customers are able to focus on higher-value activities that improve the efficiency and return-on-investment of their water infrastructure.

MUELLER WATER PRODUCTS

Mueller Water Systems® Network Operations Center monitors water systems 24 hours/7 days a week and is staffed by a team of analysts from 7:00 a.m. to 7:00 p.m. ET to ensure that any issues are identified and addressed as quickly as possible.

**DOWNLOAD BROCHURE**

*"It was amazing to see all of our data up on the screen. They could tell us what percentage we were operating at and if we were having problems. It was truly, truly amazing to see that."*

Zella West, Utilities Manager

## Take A Look Inside our Network Operations Center

### Our Network Operations Center supports your utility with:

- Always-on, real-time surveillance of water infrastructure
- System monitoring that enables customers to focus on higher-value activities
- Surveillance services offered at a range of levels, based on customer needs
- Unrivaled technology, products and service, that unlocks value throughout customers' water systems



