# EXHIBIT 15

**Rule 8(a)(2) Claim Chart**
**U.S. Patent No. 9,297,150 C1 ("'150 Patent")**
**Claims 36, 40, and 43**
Mueller 420RDM (Remote Disconnect Meter) +
Mi.Net® LoRaWAN (LW) Meter Interface Unit (Node)
Cellular Node Meter Interface with Mi.Net®

| '150 Patent Claim 36 | |
|---|---|
| A building or structure water damage prevention system, said system comprising: | Mueller 420 RDM with Mi.Net AMI is a component or a system the is a residential or commercial water meter. |
| a base station having a water control valve mechanism interposed between a main water supply line and a water supply for said building or structure; | Mueller 420 RDM is a base station (electronic circuitry with wireless RF technology, battery, flow sensor, and housing) having a water control valve mechanism (*solenoid valve*) interposed between a main water supply line and a water supply for said building or structure (*see picture in Exhibit I*). (Exhibits B, D, E and I) and https://muellersystems.com/, https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| said base station further comprising therein: | |
| a) an electrical circuitry comprising a power source and at least at least one of a CPU, microprocessor and microcontroller; | The 420 RDM has an electrical circuitry (*coated electronic board*) comprising a power source (*D cell lithium battery, a large lithium ion battery provides plenty of power over the life of the unit, battery life . . ., 20 year battery life*) and at least at least one of a CPU, microprocessor and microcontroller. (Exhibits A, B and C) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| b) one or more flow rate sensors in communication with said water supply and electrically connected with said electrical circuitry; | The 420 RDM has one or more flow rate sensors (*nutating disc*, *as water enters, it moves the disc (nutates), forcing a known volume of water out of the meter from the opposite side of the disc*) in communication with said water supply and electrically connected with said electrical circuitry. (Exhibits E and H) and https://muellersystems.com/, |

| | |
|---|---|
| | https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| c) at least one of a Bluetooth, Wi-Fi, Radio Frequency (RF), Zigbee, and Z-Wave and cellular wireless communication technology having the capability to communicate with one or more remote apparatuses and utilizing a confidential format including at least one of an encryption, authentication, integrity, and non-repudiation technology which originates from the base station; | The 420 RDM has at least one of a Bluetooth, Wi-Fi, Radio Frequency (RF), Zigbee, and Z-Wave and cellular wireless communication technology (*Radio Frequency (RF) in the 902MHz-928MHz range Mi.Net System operates in the 900 MHz band*) having the capability to communicate with one or more remote apparatuses (*The pilot valve can be actuated vis the user interface from any web enabled device with the proper log in and password, Field-friendly Android handheld device, picture of cell phone on pages 2, 8 and 9 of Exhibit J, deliver enhanced services through a customer portal, The Mi.Net data portal improves your service and conservation efforts an online view of their water usage using a personal computer or mobile app. The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks*) and utilizing a confidential format including at least one of an encryption, authentication, integrity, and non-repudiation technology (*With network security, it ensures authenticity of the node in the network, while the application layer of security ensures the network operator does not have access to the end user's application data, ... authentication and encryption are mandatory, End-to-end 128 bit RC4 encryption*) which originates from the base station. (Exhibits A, B, C, D, E, F, J and L) and https://muellersystems.com/, https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| (d) the wireless communication technology having the capability connecting to the internet for remote operations and | The 420 RDM includes a wireless communication technology (*RF, RF transceiver, 902 MHz to 928 MHz, Mi.Net System operates in the 900 MHz band*) having the capability of connecting to the internet (*The interactive portal graphically present real-time and historical usage data collected* |

|  | *by the Mi.Net system enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks*) for remote operations (*Remote Disconnect Meter to enable remote valve actuation, seamlessly connects directly to the Mueller Model 420 Remote Disconnect Meter (RDM) for easy and secure valve actuation through the user interface, remote disconnect enabled compatibility, compatible with Mueller 420 RDM water utilities initiate a command to turn service on or off, remote disconnect valves to shut off the water service, the pilot valve can be actuated vis the user interface from any web enabled device with the proper log in and password, enables water utilities to remotely connect or disconnect water services, water service can be connected or disconnected, monitor water usage, configure individual alerts*).<br><br>(Exhibits A, B, D, H and J) and https://muellersystems.com/, https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
|---|---|
| e) wherein the water control mechanism, electrical circuity, at least one of said CPU, microprocessor and microcontroller, one or more flow rate sensors, and wireless communication technology are contained with the base station; | The 420 RDM water control mechanism, electrical circuity, at least one of said CPU, microprocessor and microcontroller, one or more flow rate sensors, and wireless communication technology are contained within the base station (*coated electronic board, battery, flow sensor within a housing*) (Exhibits B and E) and https://muellersystems.com/, https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| the one or more remote apparatuses comprising a wireless cell phone, smart phone, or other electronic apparatus in wireless communication with said base station; and | The 420 RDM can communicate with one or more remote apparatuses (*Field-friendly Android handheld device, picture of computer data in Exhibit 7, picture of cell phone on page 2, 8 and 9 of Exhibit 10, deliver enhanced services through a customer portal, The Mi.Net data portal improves your service and conservation efforts an online view of their water usage using a personal computer* |

|  | or mobile app. *The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks*) comprising a wireless cell phone, smart phone, or other electronic apparatus in wireless communication with said base station. (Exhibits F, G, I and J) and https://muellersystems.com/420-remote-disconnect-meter-rdm/, https://muellersystems.com/network-operations-center/ |
|---|---|
| the one or more remote apparatuses including a user interface to display a leak alarm, said user interface configured to receive a user command in response to said alarm. | The 420 RDM a user interface to display a leak alarm (*Notifies the system of low battery level for preemptive maintenance, alerts such as leak detection, configure individual alerts*) said user interface configured to receive a user command in response to said alarm (*Remote Disconnect Meter to enable remote valve actuation, seamlessly connects directly to the Mueller Model 420 Remote Disconnect Meter (RDM) for easy and secure valve actuation through the user interface, remote disconnect enabled compatibility, compatible with Mueller 420 RDM water utilities initiate a command to turn service on or off, remote disconnect valves to shut off the water service, the pilot valve can be actuated vis the user interface from any web enabled device with the proper log in and password, enables water utilities to remotely connect or disconnect water services, water service can be connected or disconnected, identify inconsistencies that may indicate the presence of leaks*). (Exhibits B, D, E, F and J) and https://muellersystems.com/, https://muellersystems.com/420-remote-disconnect-meter-rdm/ |

| '150 Patent Claim 40 | |
|---|---|
| A building or structure water damage prevention system as recited in claim 36, wherein said base station with one or more flow sensors and can be programmed to turn off the water supply upon the detection of a leak | The 420 RDM has a base station with one or more flow sensors ((*nutating disc, as water enters, it moves the disc (nutates), forcing a known volume of water out of the meter from the opposite side of the disc*)) and can be programmed to turn off the water supply upon the detection of a leak (*Remote Disconnect Meter to enable remote valve actuation, seamlessly connects directly to the Mueller Model 420 Remote Disconnect Meter (RDM) for easy and secure valve actuation through the user interface, remote disconnect enabled compatibility, compatible with Mueller 420 RDM water utilities initiate a command to turn service on or off, remote disconnect valves to shut off the water service, the pilot valve can be actuated vis the user interface from any web enabled device with the proper log in and password, enables water utilities to remotely connect or disconnect water services, water service can be connected or disconnected*). (Exhibits A, B, C, D, E, F and H) and https://muellersystems.com/, https://muellersystems.com/420-remote-disconnect-meter-rdm/ |

| '150 Patent Claim 43 | |
|---|---|
| A building or structure water damage prevention system as recited in claim 36, wherein said base station with water control mechanism measures water flow that can be transferred to a remote offsite computer allowing a user with a cell phone, smart phone, or other electronic apparatus to access the water flow data. | The 420 RDM measures water flow (*measures consumption data or total volume, monitor water usage*) that can be transferred to a remote offsite computer allowing a user with a cell phone, smart phone, or other electronic apparatus (*network operations center, Android handheld device, picture of cell phone on page 3 of Exhibit 10, Deliver enhanced services through a customer portal, The Mi.Net data portal improves your service and conservation efforts an online view of their water usage using a personal computer or mobile app. The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system* |

| '150 Patent Claim 43 | |
|---|---|
| | *enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks*) to access the water flow data. (Exhibits D, F, G and J) and https://muellersystems.com/420-remote-disconnect-meter-rdm/, https://muellersystems.com/network-operations-center/ |