# EXHIBIT 16

**Rule 8(a)(2) Claim Chart**
**U.S. Patent No. 9,949,792 C1 ("'792 Patent")**
**Claims 35-37, 52, and 53**
Mueller 420RDM (Remote Disconnect Meter) +
Mi.Net® LoRaWAN (LW) Meter Interface Unit (Node)
Cellular Node Meter Interface with Mi.Net®

| '729 Patent Claim 35 | |
|---|---|
| A residential or commercial building or structure water meter comprising: | Mueller 420 RDM with Mi.Net AMI is a component or a system the is a residential or commercial water meter |
| a base station comprising therein a water control valve mechanism, said base station interposed between a main water line and a water supply for said building or structure water system; | Mueller 420 RDM includes a water control valve mechanism (*solenoid valve*), said base station interposed between a main water line and a water supply for said building or structure water system (see picture in Exhibit I). (Exhibits B, D, E and I) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| said base station further comprising therein: | |
| (a) An electrical circuitry comprising at least one of a CPU, microprocessor and microcontroller; | Mueller 420 RDM has an electrical circuitry comprising at least one of a CPU, microprocessor and microcontroller (*coated electronic board*). (Exhibits A and B) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| (b) the at least one of a CPU and microprocessor comprising an integrated memory bank or memory bank located as a separate memory module; | Mueller 420 RDM at least one of a CPU and microprocessor comprising an integrated memory bank or memory bank located as a separate memory module (*2MB Solid-state Flash Memory for dedicated storage of readings*). (Exhibit K) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| (c) a power source comprising at least one of an AC power source, DC power source, and one or more standard or rechargeable batteries that are electrically connected to said electrical circuitry; | Mueller 420 RDM system has electrical circuitry with a power source and a CPU or microprocessor (*D cell lithium battery, a large lithium ion battery provides plenty of power over the life of the unit, battery life . . ., 20* |

| | |
|---|---|
| | *year battery life*).  (Exhibits A, B and C) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| (d) the at least one of a CPU and microprocessor can be used to monitor at least one of a water use data, water duration, and water total volume; | Mueller 420 RDM has at least one of a CPU and microprocessor can be used to monitor at least one of a water use data, water duration, and water total volume (*besides consumption data, measure water consumption or total volume, monitor water usage*). (Exhibits D, G, and J) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm |
| (e) the water control valve mechanism is at least one of an on/off valve, a variable water flow mechanism, or a three-way valve mechanism, the water control valve mechanism in electrical communication with said electrical circuitry; | Mueller 420 RDM has water control valve mechanism is at least one of an on/off valve (*solenoid valve*), a variable water flow mechanism, or a three-way valve mechanism, the water control valve mechanism in electrical communication with said electrical circuitry. (Exhibits A, B, C, D, and E) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| (f) one or more flow rate sensors in communication with said water supply and electrically connected with said electrical circuitry; | Mueller 420 RDM one or more flow rate sensors (*nutating disc, as water enters, it moves the disc (nutates), forcing a known volume of water out of the meter from the opposite side of the disc*) in communication with said water supply and electrically connected with said electrical circuitry. (Exhibits E and H) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| (g) one or more wireless communication technologies utilizing confidential communication technology for communication with at least one of a private, commercial, and third-party networks and further to a remote central computer or cloud service provider; | Mueller 420 RDM has one or more wireless communication technologies utilizing confidential communication technology (*With network security, it ensures authenticity of the node in the network, while the application layer of security ensures the network operator does not have access to the end user's application data* (Exhibit B)*, authentication and encryption are mandatory* (Exhibit C)*, End-to-end 128 bit RC4 encryption* (Exhibit |

| | |
|---|---|
| | K) *The Mueller Cellular Node allows water utilities to connect meters to their AMI network where radio communication is not feasible or cost effective. This Network-as-a-Service (NaaS) endpoint solution communicates with encoded water meters, including meters that are already in operation* (Exhibit L),  for communication with at least one of a private, commercial, and third-party networks and further to a remote central computer or cloud service provider (picture of computer data in Exhibit 7), *The pilot valve can be actuated vis the user interface from any web enabled device with the proper log in and password, Field-friendly Android handheld device,* picture of cell phone on pages 2, 8 and 9 of Exhibit 10*, deliver enhanced services through a customer portal, The Mi.Net data portal improves your service and conservation efforts an online view of their water usage using a personal computer or mobile app. The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks*). <br><br> (Exhibits B, C, E, D, F, G, J, K and L) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ https://muellersystems.com/network-operations-center/ |
| the confidential technology comprising at least one of an encryption, authentication, integrity and non-repudiation technology that originates from the base station; | Mueller 420 RDM uses confidential technology comprising at least one of an encryption, authentication (*With network security, it ensures authenticity of the node in the network, while the application layer of security ensures the network operator does not have access to the end user's application data, authentication and encryption are mandatory* (Exhibit B), <br> *End-to-end 128 bit RC4 encryption* (Exhibit K), integrity and non-repudiation technology that originates from the base station |

| | |
|---|---|
| | (Exhibits B, C and K) and https://muellersstems.com/420-remote-disconnect-meter-rdm/ https://muellersystems.com/ |
| at least one of a cell phone or smart phone, web portal, computer, and one or more other electronic communication devices having a user interface utilizing a software program application that facilitates communication between said base station and said remote central computer or cloud service provider; and | Mueller 420 RDM has at least one of a cell phone or smart phone, web portal, computer, (*network operations center, Field-friendly Android handheld device,* picture of computer data in Exhibit G*,* picture of cell phone on pages 2, 8 and 9 of Exhibit J*, deliver enhanced services through a customer portal, The Mi.Net data portal improves your service and conservation efforts an online view of their water usage using a personal computer or mobile app. The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks*) and one or more other electronic communication devices having a user interface utilizing a software program application (*once connected with the mobile RDM application, The Mi.Net data portal improves your service and conservation efforts an online view of their water usage using a personal computer or mobile app. The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks*) that facilitates communication between said base station and said remote central computer or cloud service provider. (Exhibits F, G, and J) and https://muellersystems.com/420-remote-disconnect-meter-rdm/ https://muellersystems.com/network-operations-center/ Mi.Net-Brochure-2017-web.pdf (muellersystems.com) |
| said program application being configured to provide a user interface capable of displaying an alarm condition based on one of said water | Mueller 420 RDM has a program application being configured to provide a user interface capable of displaying an alarm condition |

| | |
|---|---|
| use history, water energy usage history, or water quality history programmed into said base station; | based on one of said water use history (*Notifies the system of low battery level for preemptive maintenance, alerts such as leak detection, configure individual alerts*), water energy usage history, or water quality history programmed into said base station.  (Exhibits A and J) and https://muellersystems.com/network-operations-center/ |
| wherein said user interface is capable of performing at least one of the functions of | |
| providing a graphical display of at least one of water use history, water energy usage history, and water quality history from a selected water fixture or water appliance, said history transferred from at least one of said base station memory bank, said remote central computer and the cloud service provider; | Mueller 420 RDM can provide a graphical display of at least one of water use history, water energy usage history, and water quality history from a selected water fixture or water appliance, said history transferred from at least one of said base station memory bank, said remote central computer and the cloud service provider (see graph in picture on page 1 of Exhibit G, *The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks, Network Operations Center* (Exhibit J page 10). (Exhibits G and J) and https://muellersystems.com/network-operations-center/ |
| turning on or off the water supply by sending a command signal transferred to the base station; | Mueller 420 RDM can turning on or off the water supply by sending a command signal transferred to the base station (*remotely turn off the water solenoid control valve, (Remote Disconnect Meter to enable remote valve actuation, seamlessly connects directly to the Mueller Model 420 Remote Disconnect Meter (RDM) for easy and secure valve actuation through the user interface*) (Exhibits A, B, C, D, E and F) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| showing or modifying a program, setting or a default menu incorporated with the base station; | Mueller 420 RDM showing or modifying a program, setting or a default menu incorporated with the base station (*Mueller* |

| | |
|---|---|
| | *proprietary firmware allows LW node to be upgraded autonomously, the node's functionality allow for upgrade to be performed remotely),* (Exhibits A, B and F) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| specifying the water control valve mechanism position by sending a request to the base station; and | |
| programming a vacation or work water schedule into the base station. | |
| **'792 Patent Claim 36** | |
| A residential or commercial building or structure water meter system as recited in claim 35, wherein the one or more other remote electronic communication devices including at least one of a PDA tablet, computer, a smart or internet capable television, wireless watch and other electronic apparatuses with Wi-Fi and wireless capability. | Mueller 420 RDM has one or more other remote electronic communication devices including at least one of a PDA tablet, computer (Field-friendly Android handheld device, picture of computer data in Exhibit F, picture of cell phone on pages 2, 8 and 9 of Exhibit J, *deliver enhanced services through a customer portal, The Mi.Net data portal improves your service and conservation efforts an online view of their water usage using a personal computer or mobile app. The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks*), a smart or internet capable television, wireless watch and other electronic apparatuses with Wi-Fi and wireless capability. (Exhibits F, G and J) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ https://muellersystems.com/network-operations-center/ Mi.Net-Brochure-2017-web.pdf (muellersystems.com) |

| '792 Patent Claim 37 | |
|---|---|
| A residential or commercial building or structure water meter system as recited in claim 35, wherein said water control valve mechanism or a variable water flow mechanism is programmed to automatically turn off the main water supply when a leak is detected. | Mueller 420 RDM can turning on or off the water supply by sending a command signal transferred to the base station (…*Mueller Systems 420RDM (Remote Disconnect Meter) for easy and secure actuation of the valve through the Sentryx$^{tm}$ Water intelligence user interface, remote disconnect enabled compatibility, compatible with Mueller 420 RDM water utilities initiate a command to turn service on or off,  remote disconnect valves to shut off the water service, the pilot valve can be actuated vis the user interface from any web enabled device with the proper log in and password, enables water utilities to remotely connect or disconnect water services, water service can be connected or disconnected*). (Exhibits A, B, C, D, E and F) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| '792 Patent Claim 52 | |
| A residential or commercial building or structure water meter system as recited in claim 35, further comprising one or more remote central monitoring computer associated with one or more cloud service centers or private or corporate-owned network allowing registered users to access their recorded water flow data, water energy data, or water quality data on a remote computer using a web-based portal application. | Mueller 420 RDM has one or more remote central monitoring computer associated with one or more cloud service centers or private or corporate-owned network allowing registered users to access their recorded water flow data, water energy data, or water quality data on a remote computer using a web-based portal application (*network operations center, field-friendly Android handheld device, deliver enhanced services through a customer portal, The Mi.Net data portal improves your service and conservation efforts an online view of their water usage using a personal computer or mobile app. The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks*) (Exhibits F, G, and J) and https://muellersystems.com/network-operations-center/ |
| '792 Patent Claim 53 | |
| A residential or commercial building or structure water meter system comprising: | Mueller 420 RDM with Mi.Net AMI system is a residential or commercial water meter |

| | |
|---|---|
| a base station comprising therein a water control valve mechanism, said base station interposed between a main water line and a water supply for said building or structure water system; | Mueller 420 RDM includes a water control valve mechanism (*solenoid valve*), said base station interposed between a main water line and a water supply for said building or structure water system (*external straight pipe threads*, see picture in Exhibit I) (Exhibits B, D, E, and I) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| said base station further comprising | |
| a) an electrical circuitry comprising at least one of a CPU, microprocessor and microcontroller; | Mueller 420 RDM an electrical circuitry comprising at least one of a CPU, microprocessor and microcontroller (*coated electronic board*). (Exhibits A and B) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| b) said power source comprising at least erne of an AC power source, DC power source, and one or more standard or rechargeable batteries that are electrically connected to said electrical circuitry; | Mueller 420 RDM has a power source comprising at least erne of an AC power source, DC power source, and one or more standard (*D cell lithium battery, a large lithium-ion battery provides plenty of power over the life of the unit, battery life . . ., 20 year battery life*) or rechargeable batteries that are electrically connected to said electrical circuitry. (Exhibits A, B and C) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| c) the water control valve mechanism is at least one of an on/off valve, a variable water flow mechanism, or a three-way valve mechanism, the water control mechanism being in electrical communication with said electrical circuitry; | Mueller 420 RDM has a water control valve mechanism (*…Remote Disconnect Meter to enable remote valve actuation, seamlessly connects directly to the Mueller Model 420 Remote Disconnect Meter (RDM) for easy and secure valve actuation through the Sentrix^tm user interface, remote disconnect enabled compatibility, compatible with Mueller 420 RDM water utilities initiate a command to turn service on or off, remote disconnect valves to shut off the water service, the pilot valve can be actuated vis the user interface from any web enabled device with the proper log in and password, enables water utilities to remotely connect or disconnect water services, water service can be connected or disconnected*) is at least one of an on/off valve, a variable water flow mechanism, or a three-way valve mechanism, the water control mechanism being in electrical communication with said electrical circuitry. (Exhibits A, B, C, D, E, and F) and https://muellersystems.com/ |

| | |
|---|---|
| | https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| d) one or more water flow rate sensors in communication with said water supply and electrically connected with said electrical circuitry; and | Mueller 420 RDM one or more water flow rate sensors (*nutating disc, as water enters, it moves the disc (nutates), forcing a known volume of water out of the meter from the opposite side of the disc*) in communication with said water supply and electrically connected with said electrical circuitry. (Exhibits E and H) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| e) one or more wireless communication technologies utilizing confidential communication technology for communication with at least one of a private, commercial, and third-party network and further to a remote central computer or cloud service provider; | Mueller 420 RDM has one or more wireless communication technologies utilizing confidential communication technology (*With network security, it ensures authenticity of the node in the network, while the application layer of security ensures the network operator does not have access to the end user's application data* (Exhibit B)*, authentication and encryption are mandatory* (Exhibit C)*, End-to-end 128 bit RC4 encryption* (Exhibit K) *The Mueller Cellular Node allows water utilities to connect meters to their AMI network where radio communication is not feasible or cost effective. This Network-as-a-Service (NaaS) endpoint solution communicates with encoded water meters, including meters that are already in operation* (Exhibit L),  for communication with at least one of a private, commercial, and third-party networks and further to a remote central computer or cloud service provider (picture of computer data in Exhibit 7), *The pilot valve can be actuated vis the user interface from any web enabled device with the proper log in and password, Field-friendly Android handheld device, picture of cell phone on pages 2, 8 and 9 of Exhibit 10, deliver enhanced services through a customer portal, The Mi.Net data portal improves your service and conservation efforts an online view of their water usage using a personal computer or mobile app. The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks*). (Exhibits B, C, E, D, F, G, J, K and L) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect- |

| | |
|---|---|
| | meter-rdm/ https://muellersystems.com/network-operations-center/ |
| the confidential communication technology comprising at least one of an encryption, authentication, integrity, and non-repudiation technology which originates from the base station; | Mueller 420 RDM uses confidential technology comprising at least one of an encryption, authentication (*With network security, it ensures authenticity of the node in the network, while the application layer of security ensures the network operator does not have access to the end user's application data, authentication and encryption are mandatory*) (Exhibit B), *End-to-end 128 bit RC4 encryption* (Exhibit K), integrity and non-repudiation technology that originates from the base station (Exhibits B, C and K) and https://muellersstems.com/420-remote-disconnect-meter-rdm/ https://muellersystems.com/ |
| a receiving station having a second electrical circuitry including one or more second CPUs or microprocessors that is remotely located from said base station; | Mueller water meter a receiving station (*Mi.Net system, including collectors, repeaters and nodes, Repeaters components of the Mi.net Mueller Infrastructure Network for Utilities provide a bridge between the Mi.Node and the Mi.Hub, The repeaters periodically collect data retrieved from each Mi.Node within its range before forwarding the data to an upstream Mi.Hub data collector…*) (Exhibit K) having a second electrical circuitry including one or more second CPUs or microprocessors that is remotely located from said base station The *Mueller Systems* **Mi.Net** *Mobile Transceiver is a high performance, vehicle based AMR/AMI transceiver. It is designed to collect water meter data via radio frequency while driving a meter route at posted speed limits in AMR mode. When used in conjunction with the Mi.Net AMI system, the Mobile Transceiver can be used as a disaster recovery device to obtain meter data from stranded assets. The complete* **Mi.Net** *Mobile hardware package includes the radio transceiver, magnetic antenna, and all cable connections* (Exhibit O). (Exhibits B, C, G, K and O) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ 14191_Datasheet_-Mi.Repeaters-_Apr2020.pdf (muellersystems.com) |
| said at least one of a second CPU, microprocessor and microcontroller comprising an integrated memory | Mueller 420 RDM includes at least one of a second CPU, microprocessor and microcontroller comprising an integrated memory bank or memory bank located as a separate memory module (…*capable of storing* |

| | |
|---|---|
| bank or memory bank located as a separate memory module; | *Mi.Node data for surrounding meters in internal memory and transferring it to other devices with the Mi.Net System, such as the Mi.Hub).*<br>(Exhibit K and O) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ 14191_Datasheet_-Mi.Repeaters-_Apr2020.pdf (muellersystems.com) |
| said receiving station is in wired communication with the base station, or having a wireless communication technology corresponding with the one or more wireless communication technologies of the base station; | Mueller 420 RDM includes a receiving station is in wired communication with the base station, or having a wireless communication technology corresponding with the one or more wireless communication technologies of the base station (*Mi.Net system, including collectors, repeaters and nodes, Repeaters components of the Mi.net Mueller Infrastructure Network for Utilities provide a bridge between the Mi.Node and the Mi.Hub, The repeaters periodically collect data retrieved from each Mi.Node within its range before forwarding the data to an upstream Mi.Hub data collector…*).<br>(Exhibits C, G, K and L) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ 14191_Datasheet_-Mi.Repeaters-_Apr2020.pdf (muellersystems.com) |
| said receiving station having a second power source that is at least one of an AC power source, DC power source, and powered with one or more batteries being electrically connected to a second circuitry; | Mueller 420 RDM includes a receiving station having a second power source that is at least one of an AC power source, DC power source, and powered with one or more batteries being electrically connected to a second circuitry. (*Specification table in Exhibit K, page 2 shows AC and DC use as the power source*).<br>(Exhibit K) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ 14191_Datasheet_-Mi.Repeaters-_Apr2020.pdf (muellersystems.com) |
| the receiving station with the wireless communication technology having the capability of transferring water parameter data utilizing confidential communication technology to at least one of a private, commercial and third-party network, and further to a remote central computer or cloud service provider; | Mueller 420 RDM uses confidential technology comprising at least one of an encryption, authentication (*With network security, it ensures authenticity of the node in the network, while the application layer of security ensures the network operator does not have access to the end user's application data, authentication and encryption are mandatory*) (Exhibit B),*End-to-end 128 bit RC4 encryption* (Exhibit K), integrity and non-repudiation technology that originates from the base station<br>(Exhibits B, C and K) and https://muellersstems.com/420-remote-disconnect- |

| | meter-rdm/ https://muellersystems.com/https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ https://muellersystems.com/network-operations-center/14191_Datasheet_-Mi.Repeaters-_Apr2020.pdf (muellersystems.com) |
|---|---|
| at least one of a cell phone or smart phone, computer, web portal, and one or more other electronic communication devices having a user interface utilizing a software program application that facilitates communication between said receiving station and said remote central computer or cloud service provider; and | Mueller 420 RDM at least one of a cell phone or smart phone, computer, web portal, and one or more other electronic communication devices (*network operations center, Field-friendly Android handheld device, picture of computer data in Exhibit 7, picture of cell phone on pages 2, 8 and 9 of Exhibit 10, deliver enhanced services through a customer portal, The Mi.Net data portal improves your service and conservation efforts an online view of their water usage using a personal computer or mobile app. The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system enabling customers to: monitor water usage, configure individual alerts, identify inconsistencies that may indicate the presence of leaks*) having a user interface utilizing a software program application that facilitates communication between said receiving station and said remote central computer or cloud service provider. (Exhibits F, G, H and J) and https://muellersystems.com/420-remote-disconnect-meter-rdm/ https://muellersystems.com/network-operations-center/ 14191_Datasheet_-Mi.Repeaters-_Apr2020.pdf (muellersystems.com) |
| said program application being configured to provide a user interface capable of displaying an alarm condition based on one of said water use history, water energy usage history, or water quality history programmed into said receiving station; | Mueller 420 RDM said program application (being configured to provide a user interface capable of displaying an alarm condition (*Notifies the system of low battery level for preemptive maintenance, alerts such as leak detection, configure individual alerts*) based on one of said water use history, water energy usage history, or water quality history programmed into said receiving station  (Exhibits A and J) and https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ https://muellersystems.com/network-operations-center/ |
| wherein said user interface is capable of performing at least one of the functions of | |
| providing a graphical display of at least one of water use history, water | Mueller 420 RDM provides a graphical display of at least one of water use history, water energy usage |

| | |
|---|---|
| energy usage history, and water quality history from a selected water fixture or water appliance, said history transferred from at least one of said receiving station memory bank, said remote central computer and the cloud service provider; | history, and water quality history from a selected water fixture or water appliance, said history transferred from at least one of said receiving station memory bank, said remote central computer and the cloud service provider (*see graph in picture on page 1 of Exhibit G, The interactive portal graphically present real-time and historical usage data collected by the Mi.Net system enabling customers to: monitor water usage, see pictures on page 8 of Exhibit J*). (Exhibits G and J) and https://muellersystems.com/network-operations-center/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| turning on or off the water supply by sending a command signal to the receiving station; | Mueller 420 RDM is capable of turning on or off the water supply by sending a command signal to the receiving station (*remotely turn off the water solenoid control valve, (Remote Disconnect Meter to enable remote valve actuation, seamlessly connects directly to the Mueller Model 420 Remote Disconnect Meter (RDM) for easy and secure valve actuation through the user interface, remote disconnect enabled compatibility, compatible with Mueller 420 RDM water utilities initiate a command to turn service on or off, remote disconnect valves to shut off the water service, the pilot valve can be actuated vis the user interface from any web enabled device with the proper log in and password, enables water utilities to remotely connect or disconnect water services, water service can be connected or disconnected*). (Exhibits A, B, C, D, E, F and H) https://muellersystems.com/ https://muellersystems.com/420-remote-disconnect-meter-rdm/ |
| showing or modifying a program, setting and a default menu incorporated with the receiving station; | |
| specifying the water control valve mechanism position by sending a request to the receiving station; and | |
| programming a vacation or work water schedule into the receiving station. | |