# Exhibit B

## USPTO Notification by Email of Final Certification of Correction

TO: debonair7@att.net
FROM: noreply@uspto.gov
CC: patentcenter_eofficeaction@uspto.gov
SUBJECT: USPTO: Patent Electronic System - Correspondence Notification for Customer Number 22509

Sat Mar 15 05:00:11 EDT 2025

Dear Patent Center Customer:
Correspondence Address:
Patent Technology, Inc.
Michael Edward Klicpera
PO BOX 4750
INCLINE VILLAGE,NEVADA,89450-4750
UNITED STATES

This is a courtesy notification regarding the following USPTO patent application(s) associated with your Customer Number, 22509, that have new outgoing correspondence. This correspondence is now available for viewing in Patent Center.

The official date of notification of the outgoing correspondence will be indicated on the form (e.g., PTOL-90) accompanying the correspondence.

Disclaimer:
The list of documents shown below are provided as a courtesy and is not part of the official file wrapper. The content of the images shown in the Image File Wrapper is the official record.

| Application | Document | Mailroom Date | Attorney Docket No. |
|---|---|---|---|
| 16356870 | COCOUT | 10/15/2024 | 70991.01 |

To view your correspondence online, please sign in to Patent Center and then select Workbench/View correspondence. To update your email address(es), select Manage/Manage customer numbers.

If you have any questions, please contact the Patent Electronic Business Center (EBC) at ebc@uspto.gov or 866-217-9197 Monday – Friday, 6 a.m. to midnight ET.

Please do not reply to this email as it was sent from an unmonitored mailbox.
Sincerely,
The Patent Center Team