Exhibit E

Notice of Service of Rein Tech's March 24, 2023 Claim Chart to Mueller

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REIN TECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUELLER SYSTEMS LLC, <br><br> Defendant. | C.A. No. 1:18-cv-01683-MN |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 24, 2023, copies of *Plaintiff's Initial Claim Charts* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Todd E. Jones (*pro hac vice*)
Coby S. Nixon (*pro hac vice*)
Seth K. Trimble (*pro hac vice*)
TAYLOR ENGLISH DUMA LLP
Atlanta, GA 30339
tjones@taylorenglish.com
cnixon@taylorenglish.com
strimble@taylorenglish.com

Bryan DeMatteo
TAYLOR ENGLISH DUMA LLP
Indianapolis, IN 46204
bdematteo@taylorenglish.com

Dated: March 27, 2023

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 440-9010
tdevlin@devlinlawfirm.com

1