# Exhibit F

Email by Defendant's Attorney Stating Mueller Made $0

On Jul 31, 2023, at 5:04 PM, Bryan DeMatteo <bdematteo@taylorenglish.com> wrote:

Peter:

At the time we provided initial sales data, it was unclear from your contentions whether Rein Tech asserted infringement against individual elements of Mueller's AMI system, certain combinations of elements, or the entire AMI system itself (especially in view of paragraph 28 of the Second Amended Complaint, which appears to accuse standalone 420 RDMs). In response to our April 19, 2023 letter noting this and other deficiencies in Rein Tech's contentions, Rein Tech clarified that the accused products require, at a minimum, a combination of the 420 RDM with either a LoRaWAN or Cellular Node.

Based on our investigation, which is ongoing, it is our understanding at present that none of Mueller's LoRaWAN and Cellular Node installations to date involve combinations with 420 RDMs and as such, "quarterly and annual gross and net sales in U.S. dollars and quantities sold in and from the United States for the accused products from October 27, 2021, to present," as requested in Document Request No. 2, is $0 for all requested categories, with no responsive documents to produce.  Nonetheless, out of an abundance of caution, we have included invoices associated with LoRaWAN and Cellular Node installations and a spreadsheet compiling associated financial information at the following ShareFile link: https://taylorenglishduma.sharefile.com/home/shared/fo35cf80-c2cd-4c0d-9d37-a3d4a03e7ea7. The invoices and spreadsheet are to be treated as "RESTRICTED – ATTORNEYS' EYES ONLY" information pursuant to the protective order.  We will follow-up with a formal production of these and other materials in short order.

We will also serve revised interrogatory responses shortly to reflect the above facts.

If you have any questions or wish to discuss, please let me know.

Best,

**Bryan DeMatteo**
**Taylor English Duma LLP** | 201 North Illinois Street, 16th Floor, South Tower, Indianapolis, IN 46204
p: 463.895.4312 | bdematteo@taylorenglish.com
Website

**Ask Me About Our TED Tenet of the Week: Honor Commitments.**

Click here to learn more about our TED Tenets.

<image001.jpg>

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.