## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REIN TECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUELLER SYSTEMS, LLC, <br><br> Defendant. | No. 1:18-cv-01683-MN |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 15, 2025, copies of *Plaintiff's Rebuttal to Defendant's Letter to the Court in Support of Defendant's Motion for Sanctions Due to Plaintiff's Alleged Violations of the Protective Order* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

| | |
|---|---|
| Cortlan S. Hitch (#6720) <br> Morris James LLP <br> 500 Delaware Ave., Ste. 1500 <br> Wilmington, DE 19801 <br> 302-888-6988 <br> Fax: 302-571-1750 <br> Email: chitch@morrisjames.com | Kenneth L. Dorsney (#3726) <br> Morris James LLP <br> 500 Delaware Ave., Ste. 1500 <br> Wilmington, DE 19801 <br> 302-888-6855 <br> Fax: 302-571-1750 <br> Email: kdorsney@morrisajames.com |

Dated: May 15, 2025

Respectfully submitted,
**JACK SHRUM, P.A.**

*/s/ "J" Jackson Shrum* (#4757)
CITIZENS BANK CENTER
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Phone: 302-543-7551
Fax: 302-543-6386
Direct: 609-367-2430
E-mail: jshrum@jshrumlaw.com
*Attorney for Rein Tech, Inc.*