Exhibit B

Mueller Publications of Its Protected Content



JOIN NOW    LOGIN

HOME

# Mueller Systems and Hersey Meters Introduce AMI Tool

Mi.Net system uses a wireless fixed network and two-way mesh configuration

**Source** Hersey Meters    June 8, 2009    2 min read

A new information tool called Mi.Net will enable water, electric and gas utilities to improve operational efficiencies and customer service levels.

The Mi.Net AMI system, which is being developed by Mueller Systems and will be marketed by Hersey Meters, uses a wireless fixed network and true two-way mesh configuration to provide utilities with a broad range of information that can translate into automated and actionable responses and improve service levels.

The Mi.Net system will allow utilities to monitor and measure conservation, leak

This website uses cookies to enhance your browsing experience and serve personalized content.    **Privacy Policy**

Accept All        Manage

Web application. The Mi.Net software platform will have the flexibility to be located on the utilities server or with Hersey Meter's Mi.Net Hosted services.

The Mi.Net system has been in research and development for more than six years with multiple successful trials at electric and water utilities.

"The ability of a utility to meet customer demands and maintain service levels as technology changes is a direct measure of how accurately and timely they are able to read meters," said Matt Thomas, vice president, marketing services, for Hersey Meters. "The robustness of the Mi.Net system gives utilities this ability and allows them to use leading-edge technology without replacing their investment in AMR equipment. They can migrate from AMR to AMI technology as their business needs evolve."

Mesh networks are noted for their ability to self-manage the transfer of data around any unit that may be maliciously or inadvertently interrupted. The Mi.Net system will offer backward compatibility to the highly successful Hot Rod Automatic Meter Reading (AMR) system from Hersey Meters, enabling both systems to work together. Utilities will be able to strategically install a Mi.Net module that will read several Hot Rod units then automatically forward the information up to the mesh network. The Mi.Net modular infrastructure approach allows full control of existing utility assets with an ability to migrate from AMR to AMI technology. This approach also offers a lower cost system option when a two-way network is only needed on specific assets.

Source: Hersey Meters

This website uses cookies to enhance your browsing experience and serve personalized content.    Privacy Policy

**WATER** ONLINE

News | March 6, 2009

# Mueller Systems And Hersey Meters Introduce Advanced Metering Infrastructure (AMI)

A powerful new information tool from Mueller Systems and Hersey Meters called Mi.Net will enable water, electric and gas utilities to improve operational efficiencies and customer service levels.

The Mi.Net AMI system which is being developed by Mueller Systems and will be marketed by Hersey Meters uses a wireless fixed network and true two-way mesh configuration to provide utilities with a broad range of information that can translate into automated and actionable responses and improve service levels.

The Mi.Net system will allow utilities to monitor and measure conservation, leak detection and reverse flow conditions. Its simple, web-based software platform also features power outage detection and restoration with automatic notification, along with load profiling, demand, time of use, tamper detection and notifications. Utilities will be able to provide homeowners with secure customer access to their specific water and energy consumption in an easy to understand Web application. The Mi.Net software platform will have the flexibility to be located on the utilities server or with Hersey Meter's Mi.Net Hosted services.

Hersey Meters and Mueller Systems are both part of Mueller Water Products, Inc., a Fortune 1000 company. Mueller Water Products is a leading manufacturer and marketer of water infrastructure and flow control products and services. Hersey Meters and Mueller Systems are committed to using leading-edge technology to develop solutions that enable utilities to be more efficient and improve service levels. The Mi.Net system has been in Research and Development for more than six years with multiple successful trials at electric and water utilities.

"The ability of a utility to meet customer demands and maintain service levels as technology changes is a direct measure of how accurately and timely they are able to read meters," said Matt Thomas, vice president, Marketing Services, for Hersey Meters. "The robustness of the Mi.Net system gives utilities this ability and allows them to use leading-edge technology without replacing their investment in AMR equipment. They can migrate from AMR to AMI technology as their business needs evolve."

Mesh networks are noted for their ability to self-manage the transfer of data around any unit that may be maliciously or inadvertently interrupted. The Mi.Net system will offer backward compatibility to the highly successful Hot Rod Automatic Meter Reading (AMR) system from Hersey Meters, enabling both systems to work together. Utilities will be able to strategically install a Mi.Net module that will read several Hot Rod units then automatically forward the information up to the mesh network. The Mi.Net modular infrastructure approach allows full control of existing utility assets with an ability to migrate from AMR to AMI technology. This approach also offers a lower cost system option when a two-way network is only needed on specific assets.

**About Hersey Meters**

Hersey Meters LLC is a leading manufacturer and supplier of water meters, advanced metering infrastructure technology and controls to the municipal utility industry. Their products provide measurement and revenue information for utilities from the smallest residential account to the largest industrial users. These products improve revenue accuracy while encouraging conservation and providing information technology for reading, billing, and system analysis. Products are manufactured in the company's modern ISO 9002 certified facility in Cleveland, NC. Established in 1859, Hersey Meters is now part of Mueller Water Products, Inc.

**About Mueller Water Products**

Mueller Water Products is a leading North American manufacturer and marketer of infrastructure and flow control products for use in water distribution networks and treatment facilities. Its broad product portfolio includes engineered valves, hydrants, ductile iron pipe and pipe fittings, which are used by municipalities, as well as the residential and non-residential construction, oil and gas, HVAC and fire protection industries. With latest 12 months net sales of $1.9B, the Company is comprised of three operating segments: Mueller Co., U.S. Pipe and Anvil. Based in Atlanta, Georgia, the Company employs approximately 6,500 people. Mueller Water Products common stock trades on the New York Stock Exchange under the ticker symbol MWA. For more information about Mueller Water Products, please visit the Company's Web site at www.muellerwaterproducts.com.

*SOURCE: Mueller Systems And Hersey Meters*

## Like what you are reading?

Sign up for our free newsletter

| Email | | SIGN ME UP |