Exhibit C

Mueller ineffective Sleep Mode and Battery Problems

# TIMES TELEGRAM

## Frankfort to file suit against meter company

By Donna Thompson / donna@timestelegram.com
Posted Sep 27, 2019 at 6:07 PM

FRANKFORT — The village of Frankfort is filing a lawsuit against the company that sold it the water and electric meters that have been failing at a high rate since they were installed.

And the village isn't the first to file suit against Mueller Systems, according to Village Attorney Cory Zennamo.

In his research he found that shareholders of the company are suing Mueller as well. According to the lawsuit filed on behalf of shareholders, the company made false and/or misleading statements about its products to shareholders and did not disclose the high failure rate of its meters.

Get the latest stories delivered to your inbox every morning with the Times Telegram daily newsletter: Choose the Daily Newsletter option and pick from five other selections to expand your coverage.

Village officials discussed the possibility of taking legal action against the company at a board meeting earlier this month after the board authorized the purchase of 60 new meters at a cost of $11,000.

The village also pays an annual service fee of $30,000 to Mueller because the readings from the meters are transmitted to the company and then forwarded to the village.

Zennamo said then that he had been told in January that the replacement meters purchased at that time would be under warranty for one year. Jim Minosh, of the village Power and Light Department, said he had contacted the company and was told there was no warranty on the products.

Mayor Richard Adams said Thursday that the people the village had been dealing with at

Rein Tech Exhibit 2018
IPR2020-00098

Mueller are no longer with the company.

Mueller Systems sold water and electric metering systems to the village several years ago. Initially there were problems with the water meters, but then the electric meters began failing as well.

The meters are designed to send an electronic signal through other meters showing how much water or electricity was used. With the installation of the new system, the village eliminated a meter reader position, but nodes, or batteries, failed at a high rate. The company was replacing the batteries at no cost to the village, but village personnel had to make the replacements. Mueller Systems hired a contractor to replace the batteries at no cost to the village, but they began failing again and the village has had to bear the replacement costs.