Exhibit D

Rein Tech's Water Flow Event – Field Study Information

## Result Grid — Filter Rows:   Edit:   Export/Import:   Wrap Cell Content:

| FlowID | siteID | TimeStamp | Type | Volume | Flow | Duration | TotalVolume | Pressure | Temperature | SignalStrength |
|---|---|---|---|---|---|---|---|---|---|---|
| 1979869 | 10004 | 2018-12-01 03:14:26 | FlowStart | 0.26 | 7.8 | 2 | NULL | NULL | NULL | NULL |
| 1979870 | 10004 | 2018-12-01 03:14:56 | FlowEnd | 1.38 | 3.76 | 22 | NULL | NULL | NULL | NULL |
| 1979905 | 10004 | 2018-12-01 05:16:32 | FlowStart | 0.01 | 0.3 | 2 | NULL | NULL | NULL | NULL |
| 1979906 | 10004 | 2018-12-01 05:16:38 | FlowEnd | 0.01 | 0.3 | 2 | NULL | NULL | NULL | NULL |
| 1979919 | 10004 | 2018-12-01 06:54:59 | FlowStart | 0.18 | 5.4 | 2 | NULL | NULL | NULL | NULL |
| 1979920 | 10004 | 2018-12-01 06:55:09 | FlowEnd | 0.2 | 3 | 4 | NULL | NULL | NULL | NULL |
| 1979921 | 10004 | 2018-12-01 06:58:10 | FlowStart | 0.22 | 6.6 | 2 | NULL | NULL | NULL | NULL |
| 1979924 | 10004 | 2018-12-01 06:58:40 | FlowEnd | 1.45 | 3.63 | 24 | NULL | NULL | NULL | NULL |
| 1979925 | 10004 | 2018-12-01 07:09:05 | FlowStart | 0.18 | 5.4 | 2 | NULL | NULL | NULL | NULL |
| 1979926 | 10004 | 2018-12-01 07:09:25 | FlowEnd | 0.45 | 1.69 | 16 | NULL | NULL | NULL | NULL |
| 1979927 | 10004 | 2018-12-01 07:19:02 | FlowStart | 0.16 | 4.8 | 2 | NULL | NULL | NULL | NULL |
| 1979928 | 10004 | 2018-12-01 07:19:16 | FlowEnd | 0.33 | 2.47 | 8 | NULL | NULL | NULL | NULL |
| 1979929 | 10004 | 2018-12-01 07:19:50 | FlowStart | 0.01 | 0.3 | 2 | NULL | NULL | NULL | NULL |

Flow 5

## Output — Action Output

| # | Time | Action | Message |
|---|---|---|---|
| 7 | 16:11:23 | SELECT * FROM reindb.Flow LIMIT 0, 200 | 200 row(s) returned |
| 8 | 16:14:22 | SELECT * FROM reindb.Flow where TimeStamp >= MAKEDATE(2018, 30*10) LIMIT 0, … | Error Code: 1054. Unknown column 'TimeStamp' in 'where clause' |
| 9 | 16:14:35 | SELECT * FROM reindb.Flow where TimeStamp >= MAKEDATE(2018, 30*10) LIMIT 0, … | 200 row(s) returned |
| 10 | 16:17:00 | SELECT * FROM reindb.Flow where TimeStamp >= '2018-11-01' LIMIT 0, 200 | 200 row(s) returned |
| 11 | 16:17:21 | SELECT * FROM reindb.Flow where TimeStamp >= '2018-12-01' LIMIT 0, 200 | 200 row(s) returned |
| 12 | 16:17:51 | SELECT * FROM reindb.Flow where TimeStamp >= '2018-12-01' and siteID=10004 LIMI… | 90 row(s) returned |

DO NOT ENTER
/MWJ/ 03/26/2019

## REIN TECH WATER FLOW EVENT ADVANTAGES

Using the Kamstrup Water Meter, which currently boasts a maximum transfer data every 15 minutes, is probably the most advanced meter of the current major water meter companies. Compare this to the water flow event basis used by the Rein Tech water meter.

Take a fictional family consisting of Jill and Jack. Jill works at a professional firm and Jack is a contractor. During the week, Jill prefers to take a shower in the morning (to be presentable at work) between 7:30 and 8:00 am and she generally takes a 4-5 minute shower. Jack prefers to take a longer shower (after a long physical workday) in the evening between 6:30 and 7:00 and he generally takes a 20-minute shower. Both use the toilet once in the morning (around 7:00 a.m.) and once again in the evening (around 8:00). Jack usually drinks 4 beers before going to bed and has to use the toilet again during the late night (variable time). Jill does the laundry every Saturday morning leaving the rest of the week for leisure.

Using this example, each day, the Kamstrup water meter transfers data 96 times (for 15 minutes frequency) to capture these water use events. The Rein Tech water meter (with the water flow event basis using flow start and flow end markers) transfers data only 7 times (two morning toilet flushes, two showers, two evening toilet flushes, and one late night toiler flush). The Rein Tech meter remains in a sleep mode for all non-water use periods, including the entire 8 hours while Jack and Jill are at work and transfers only once during the 8 night hours while the Kamstrup water meter transfers 32 times during the work hours and 32 times during the late night hours. Also, the Rein Tech water meter can obtain the toilet and the shower water signatures using the water flow rate, the duration and the total volume. Furthermore the Kamstrup divides Jack's 20 minute shower into two unknown water data transfers, one transfer for approximately 15 minutes of water use (e.g. 27 gals at 1.8 gals/min) and another for approximately 5 minutes of water use (e.g. 6 gals.). The Rein Tech records and only makes one water transfer for the 20-minute shower recording the entire 20 minute shower as a single water use event with a water flow rate of 1.8 gals/min. and total volume of 36 gals.

Using this example, each week, the Kamstrup water meter transfers data 672 times and the Rein Tech meter transfers data only 56 times. The Kamstrup water meter wasted energy transferring zero water use data 616 times.

Using this example, each month, the Kamstrup water meter transfers data 2,688 times and the Rein Tech meter transfers data only 224 times. The Kamstrup water meter wasted energy transferring zero water use data 2,464 times.

Using this example, each year, the Kamstrup water meter transfers data 32,256 times and the Rein Tech meter transfers data only 2,688 times. The Kamstrup water meter wasted energy transferring zero water use data 29,568 times.

See the Kamstrup video about its capability to transfer at a rate of 15 minutes (the maximum they can transfer due to power concerns). See the Youtube link below. Notice the large pair of batteries they need to power their 15 minutes wireless transfer. In the Rein Tech water meter, this wasted battery power is put to better use by operating a control valve to stop a catastrophic leak condition.

https://www.youtube.com/watch?v=dNgOFAga8sA

DO NOT ENTER
/MWJ/ 03/26/2019

The Rein Tech water flow event basis also help detect small leaks that are inconsequential with other water meters including the Kamstrup. For example, continual minuscule leaks of 0.3 gals/min might result in a 15 minute data transfer by the Kamstrup water meter as a small 3-5 gals of water use with no indication of a leak since that don't characterize water use. The Rein Tech water meter will see numerous flow start and flow end marked events during that 15 minute period indicating a small leak.  If this continues for another 15 period, the small leak is observed and can be reported.  Small leaks often become large catastrophic leaks but hardly get resolved without identification and repair.