Exhibit E

Rein Tech's Meshing Technology - Field Study Information





