Exhibit F

Rein Tech's Cell Phone Native Apple APP











# Leak Detection

Volume (gals): 20

Within Duration (secs): 600



**Save Leak Detection**









