## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

REIN TECH, INC.,

      Plaintiff,

        v.

MUELLER SYSTEMS, LLC

      Defendant.

C.A. No. 1:18-cv-01683-MN

### DECLARATION OF COBY S. NIXON IN SUPPORT OF DEFENDANT MUELLER SYSTEMS, LLC'S APPLICATION FOR ATTORNEYS' FEES AND COSTS INCURRED IN CONNECTION WITH ITS MOTION FOR SANCTIONS

I, Coby S. Nixon, declare as follows:

1.      I am a Shareholder and attorney at the law firm of Buchalter APC and am counsel to Defendant Mueller Systems, LLC ("Mueller") in the above-captioned matter.

2.      I respectfully submit this declaration in support of Mueller's Application for Fees and Costs Incurred in Connection with its Motion for Sanctions (the "Fee Application").

3.      I am over the age of 18 and have personal knowledge of the facts set forth herein.

4.      Attached as Exhibit A hereto is a true and correct copy of a chart summarizing the fees and costs that Buchalter APC incurred in connection with Mueller's letter motion for sanctions (D.I. 166) (the "Sanctions Motion") against Plaintiff Rein Tech, Inc. ("Rein Tech"). The total amount of fees and costs sought by Buchalter APC is $38,614.87.

5.      Exhibit A is derived from time records maintained by Buchalter APC in the ordinary course and details the work date, the timekeeper, a description of the work performed, the hours billed, the hourly rate of the timekeeper, and the fees billed for those hours.

6.     This work included time that I and/or Cory Mull, an associate attorney with Buchalter APC, spent in investigating the legal and factual bases for the Sanctions Motion, meeting and conferring with Rein Tech's counsel, drafting the letter brief in support of the Sanctions Motion, preparing for and attending in-person the July 10, 2025, hearing solely as it relates to the Sanctions Motion (i.e., excluding work performed in connection with the dispute concerning Rein Tech's supplemental infringement contentions, which was argued by Seth K. Trimble of our office), and preparing for and attending via telephone the August 1, 2025 hearing on the Sanctions Motion.

7.     In an attempt to reach agreement on the amount to be paid to Mueller, I sent a copy of Exhibit A to Rein Tech's counsel on August 19, 2025. *See* Exhibit B, a true and correct copy of an email chain between counsel for the parties, at 8.

8.     On September 5, 2025, counsel for the parties met and conferred by videoconference and discussed the time entries in Exhibit A. On the conference, I explained that Exhibit A does not include time spent by Mr. Trimble or by Mueller's Delaware counsel in connection with the Sanctions Motion.

9.     On September 11, 2025, Rein Tech stated that it "will not object to the fee amount but we will not consent to it either." *Id.* at 4.

10.     On September 19, 2025, I provided Rein Tech's counsel with a draft of Mueller's Fee Application, including Exhibit A (with no revisions) and the Proposed Order. *Id.* at 3.

11.     On September 29, 2025, Rein Tech provided its position on the Fee Application, stating that it "may have agreed to the amount on the condition that it would be a set off or payment at the end of trial but not an immediate payment." *Id.* at 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of October, 2025, in Atlanta, Georgia.

/s/ Coby S. Nixon
Coby S. Nixon
*Attorney for Defendant*
*Mueller Systems, LLC*
(Admitted *pro hac vice*)

# EXHIBIT A

**EXHIBIT A**

| Date | Timekeeper | Description of Services Rendered | Hours | Rate | Amount |
|------|-----------|--------------------------------|-------|------|--------|
| 4/3/2025 | Cory Mull | SEARCH METADATA FROM PREVIOUS REIN TECH FILINGS, CONTENTIONS, AND OTHER DOCUMENTS FOR EARLIEST EVIDENCE THAT KLICPERA VIEWED MUELLER AEO-MARKED DOCUMENTS | 1.5 | $ 330 | $ 495.00 |
| 4/6/2025 | Coby Nixon | REVIEW EMAIL MEMORANDUM AND ATTORNEY NOTES FROM C. MULL REGARDING EVIDENCE THAT KLICPERA VIOLATED PROTECTIVE ORDER, INCLUDING PATENT PROSECUTION BAR | 0.5 | $ 460 | $ 230.00 |
| 4/9/2025 | Coby Nixon | DRAFT DETAILED EMAIL TO OPPOSING COUNSEL SETTING FORTH GROUNDS FOR SANCTIONS DUE TO KLICPERA'S VIOLATIONS OF PROTECTIVE ORDER; CONDUCT LEGAL RESEARCH IN SUPPORT OF SAME; EMAILS WITH LOCAL COUSNEL REGARDING PROPER PROCEDURES FOR RAISING THESE DISPUTES | 1.9 | $ 460 | $ 874.00 |
| 4/21/2025 | Coby Nixon | EMAILS WITH OPPOSING COUNSEL REGARDING PROPOSED MOTIONS AND NEED FOR MEET AND CONFER CALL | 0.2 | $ 460 | $ 92.00 |
| 4/28/2025 | Coby Nixon | PREPARE FOR MEET AND CONFER CALL WITH OPPOSING COUNSEL REGARDING MOTION FOR VIOLATION OF PROTECTIVE ORDER BY REVIEWING PRIOR PLEADINGS AND CORRESPONDENCE; ATTEND MEET AND CONFER CALL; FOLLOW UP CONFERENCE WITH LOCAL COUSNEL | 2.2 | $ 460 | $ 1,012.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4/28/2025 | Cory Mull | MEET AND CONFER WITH REIN TECH'S ATTORNEY, JACK SHRUM, RELATED TO MUELLER'S MOTIONS TO STRIKE REIN TECH'S UNTIMELY SUPPLEMENTAL INFRINGEMENT CONTENTIONS AND SEEK SANCTIONS FOR VIOLATION OF THE PROTECTIVE ORDER. INVESTIGATE KLICPERA'S EARLIEST LIKELY AEO EXPOSURE FURTHER BASED ON INFORMATION CONVEYED BY SHRUM | 3.2 | $ 330 | $ 1,056.00 |
| 4/29/2025 | Coby Nixon | CONTINUE LEGAL RESEARCH REGARDING MOTIONS FOR VIOLATIONS OF PROTECTIVE ORDERS AND POTENTIAL REMEDIES FOR SAME; BEGIN DRAFTING LETTER TO THE COURT IN SUPPORT OF MOTION FOR SANCTIONS DUE TO REIN TECH'S VIOLATIONS OF PROTECTIVE ORDER | 4.2 | $ 460 | $ 1,932.00 |
| 5/6/2025 | Coby Nixon | FOLLOW UP EMAIL TO OPPOSING COUNSEL REGARDING NOTIFYING THE COURT OF MUELLER'S PROPOSED MOTION FOR SANCTIONS | 0.2 | $ 460 | $ 92.00 |
| 5/7/2025 | Coby Nixon | DRAFT STIPULATION WITH BRIEFING SCHEDULE FOR DISCOVERY DISPUTES; EMAILS WITH LOCAL COUNSEL REGARDING SAME | 0.7 | $ 460 | $ 322.00 |
| 5/8/2025 | Coby Nixon | EMAILS WITH OPPOSING COUNSEL REGARDING STIPULATION FOR DISCOVERY AND PROTECTIVE ORDER DISPUTES | 0.3 | $ 460 | $ 138.00 |
| 5/9/2025 | Coby Nixon | BEGIN DRAFTING BRIEF IN SUPPORT OF MOTION FOR SANCTIONS; CONDUCT LEGAL RESEARCH IN SUPPORT OF SAME | 2.6 | $ 460 | $ 1,196.00 |
| 5/12/2025 | Coby Nixon | CONTINUE TO DRAFT AND REVISE LETTER BRIEF IN SUPPORT OF MOTION FOR SANCTIONS; EMAILS WITH LOCAL COUNSEL REGARDING SAME | 4.2 | $ 460 | $ 1,932.00 |
| 5/15/2025 | Coby Nixon | PREPARE REDACTED VERSION OF BRIEF ON MOTION FOR SANCTIONS FOR PUBLIC FILING; REVIEW REIN TECH'S RESPONSE TO MOTION FOR SANCTIONS | 1.6 | $ 460 | $ 736.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/15/2025 | Cory Mull | REVIEW REIN TECH'S LETTER OPPOSING MUELLER'S MOTION FOR SANCTIONS FOR VIOLATION OF THE PROTECTIVE ORDER | 0.4 | $ | 330 | $ | 132.00 |
| 7/7/2025 | Cory Mull | BEGIN PREPARATION FOR REIN TECH HEARING ON VIOLATION OF PROTECTIVE ORDER | 3.6 | $ | 330 | $ | 1,188.00 |
| 7/8/2025 | Cory Mull | PREPARATION FOR REIN TECH HEARING ON VIOLATION OF PROTECTIVE ORDER | 8.2 | $ | 330 | $ | 2,706.00 |
| 7/9/2025 | Cory Mull | TRAVEL TO DELAWARE FOR HEARING AND FINAL PREPARATION | 10.3 | $ | 330 | $ | 3,399.00 |
| 7/10/2025 | Cory Mull | ATTEND HEARING RELATED TO VIOLATIONS OF PROTECTIVE ORDER AND RETURN TRAVEL FROM DELAWARE | 9.3 | $ | 330 | $ | 3,069.00 |
| 7/11/2025 | Cory Mull | IN LIGHT OF COURT'S COMMENTS IN HEARING AND SCHEDULING OF FOLLOW-UP HEARING, SEARCH META DATA FOR REIN TECH CONTENTIONS FOR EVIDENCE MORE DIRECTLY DEMONSTRATING MICHAEL KLICPERA 'S ACCESS AND RELIANCE ON MUELLER'S AEO DESIGNATED DOCUMENTS | 4.3 | $ | 330 | $ | 1,419.00 |
| 7/18/2025 | Coby Nixon | ORDER FROM THE COURT SETTING FOLLOW UP HEARING ON MOTION FOR SANCTIONS DUE TO REIN TECH'S BREACH OF THE PROTECTIVE ORDER | 0.2 | $ | 460 | $ | 92.00 |
| 7/21/2025 | Coby Nixon | EMAILS WITH LOCAL COUNSEL REGARDING LOGISTICS FOR FOLLOW UP HEARING ON MOTION FOR SANCTIONS AGAINST REIN TECH | 0.4 | $ | 460 | $ | 184.00 |
| 7/23/2025 | Coby Nixon | EMAIL TO THE CLIENT WITH UPDATE REGARDING RECENT HEARING ON MOTIONS; CONDUCT SUPPLEMENTAL LEGAL RESEARCH IN PREPARATION FOR FOLLOW-UP HEARING ON MOTION FOR SANCTIONS AGAINST REIN TECH FOR VIOLATIONS OF THE PROTECTIVE ORDER | 2.0 | $ | 460 | $ | 920.00 |

| 7/24/2025 | Coby Nixon | CONTINUE LEGAL RESEARCH IN PREPARATION FOR FOLLOW UP HEARING | 2.5 | $ 460 | $ 1,150.00 |
|---|---|---|---|---|---|
| 7/29/2025 | Coby Nixon | REVIEW LETTER FROM REIN TECH TO THE COURT IN ADVANCE OF HEARING ON MOTION FOR SANCTIONS; MESSAGES WITH C. MULL AND S. TRIMBLE REGARDING SAME; PREPARE NOTES ON RESPONSIVE ARGUMENTS IN PREPARATION FOR HEARING | 2.4 | $ 460 | $ 1,104.00 |
| 7/29/2025 | Cory Mull | PREPARATION FOR AUGUST 1 HEARING ON VIOLATION OF PROTECTIVE ORDER | 3.8 | $ 330 | $ 1,254.00 |
| 7/30/2025 | Coby Nixon | CREATE NOTES IN RESPONSE TO REIN TECH FILING FOR USE IN CONNECTION WITH HEARING; CONFERENCES WITH C.MULL AND S. TRIMBLE REGARDING STRATEGIES FOR HEARING; REVIEW AND REVISE DRAFT HEARING PRESENTATION | 4.4 | $ 460 | $ 2,024.00 |
| 7/30/2025 | Cory Mull | REVIEW OF REIN TECH'S JULY 29, 2025, LETTER TO THE COURT AND INCLUDED EXHIBITS RELATED TO UPCOMING. PREPARE RESPONSIVE ARGUMENTS AND PRESENTATION FOR UPCOMING HEARING | 8.7 | $ 330 | $ 2,871.00 |
| 7/31/2025 | Coby Nixon | CONTINUE PREPARATION FOR SANCTIONS HEARING; CONFERENCES WITH C. MULL REGARDING SAME | 2.0 | $ 460 | $ 920.00 |
| 7/31/2025 | Cory Mull | PREPARATIONS FOR AUGUST 1 HEARING; COMMUNICATIONS AND PREPARATION WITH LOCAL COUNSEL TO ARRANGE FOR COVERAGE OF AUGUST 1 HEARING | 2.5 | $ 330 | $ 825.00 |
| 8/1/2025 | Coby Nixon | CALL WITH LOCAL COUNSEL TO PREPARE HIM TO ARGUE AT SANCTIONS HEARING; FOLLOW UP EMAILS REGARDING SAME; ATTEND SANCTIONS HEARING VIA TELECONFERENCE; FOLLOW UP CONFERENCES REGARDING SANCTIONS AWARD | 4.3 | $ 460 | $ 1,978.00 |

| 8/1/2025 | Cory Mull | ORGANIZATION OF MATERIALS AND REVIEW SESSION WITH LOCAL COUNSEL TO PREPARE LOCAL COUNSEL TO DELIVER PRESENTATION TO THE COURT; REMOTELY ATTEND AND PARTICIPATE IN HEARING ON VIOLATION OF THE PROTECTIVE ORDER | 5.2 | $    330 | $  1,716.00 |
| | | | | | |
| | | | | Fees: | $ 37,058.00 |
| | | | | | |
| **Date** | **Timekeeper** | **Description of Expense** | | | **Amount** |
| 7/8/2025 | Cory Mull | AIRFARE FOR TRIP TO DELAWARE TO ATTEND JULY 10, 2025 HEARING ON SANCTIONS FOR VIOLATION OF THE PROTECTIVE ORDER | | | $     985.97 |
| 7/9/2025 | Cory Mull | HOTEL EXPENSE FOR TRIP TO DELAWARE TO ATTEND JULY 10, 2025 HEARING ON SANCTIONS FOR VIOLATION OF THE PROTECTIVE ORDER | | | $     570.90 |
| | | | | | |
| | | | | Costs: | $  1,556.87 |
| | | | | | |
| | | | | | |
| | | | | **TOTAL:** | **$ 38,614.87** |

5

# EXHIBIT B

**Nixon, Coby S.**

| | |
|---|---|
| **From:** | Jack Shrum <jshrum@jshrumlaw.com> |
| **Sent:** | Monday, September 29, 2025 5:19 PM |
| **To:** | Kenneth L. Dorsney; Nixon, Coby S. |
| **Cc:** | Trimble, Seth K.; Mull, Cory; Cortlan S. Hitch; Legal Assistant; @IP Para |
| **Subject:** | RE: Rein Tech v. Mueller -- Redactions Request |

This message has originated from an **External Email**. jshrum@jshrumlaw.com <jshrum@jshrumlaw.com>:

Ken,

My client is not going to consent to the timing of payment as set forth in your proposal. He may have agreed to the amount on the condition that it would be a set off or payment at the end of trial but not an immediate payment.

Please feel free to contact me to discuss.

Thank you.

Jack

**JACK SHRUM, PA**
CITIZENS BANK CENTER
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Ph: 302-543-7551
Fax: 302-543-6386
Direct: 609-367-2430
E-mail: Jshrum@jshrumlaw.com

CONFIDENTIALITY NOTICE UNAUTHORIZED INTERCEPTION IS PROHIBITED BY FEDERAL LAW [Electronic Communications Privacy Act of 1986, 18 U.S.C. 2701(a) and 2702(a)]This message is being sent by Jack Shrum, PA, a law firm. It is intended exclusively for the individuals and entities to which it is addressed. This communication, including any attachments, may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of this message.

**From:** Kenneth L. Dorsney <KDorsney@morrisjames.com>
**Sent:** Monday, September 29, 2025 9:32 AM
**To:** Nixon, Coby S. <cnixon@buchalter.com>; Jack Shrum <jshrum@jshrumlaw.com>
**Cc:** Trimble, Seth K. <strimble@buchalter.com>; Mull, Cory <cmull@buchalter.com>; Cortlan S. Hitch <CHitch@morrisjames.com>; Legal Assistant <legalassistant@jshrumlaw.com>; @IP Para <MJIPPara@morrisjames.com>
**Subject:** RE: Rein Tech v. Mueller -- Redactions Request

Jack,

Following up on Coby's email below.  If we don't get the unopposed motion filed this week, we will move the Court early next week.  Thank you.

Best,

Ken

## Morris James LLP

**Kenneth L. Dorsney |** Partner
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
**Phone:** 302.888.6855 **| Fax:** 302.571.1750
morrisjames.com **|** kdorsney@morrisjames.com

Facebook **|** LinkedIn

_____

**HEADQUARTERS ADDRESS CHANGE:** Please take note that effective September 8, 2025, the Wilmington Headquarters office address has changed to Avenue North, 3205 Avenue North Blvd., Suite 100, Wilmington, DE 19803. We still maintain PO Box 2306, Wilmington, DE 19899.

_____

This communication may be subject to the attorney-client privilege or the attorney work product privilege or may be otherwise confidential. Any dissemination, copying or use of this communication by or to anyone other than the designated and intended recipient(s) is unauthorized. If you are not the intended recipient, please delete or destroy this communication immediately. Morris James LLP places a high priority on security and privacy. Despite our efforts to ensure messages coming from Morris James LLP are free and clear of errors and viruses, you should take the necessary precautions to scan all emails for threats. Morris James LLP does not accept liability for any damage inflicted by viewing the content of this email. Any information contained in this email that is not within the scope of the official business of Morris James LLP should be understood to be neither given by, nor endorsed by, the Firm.

**From:** Nixon, Coby S. <cnixon@buchalter.com>
**Sent:** Monday, September 29, 2025 9:02 AM
**To:** Jack Shrum <jshrum@jshrumlaw.com>
**Cc:** Trimble, Seth K. <strimble@buchalter.com>; Mull, Cory <cmull@buchalter.com>; Cortlan S. Hitch <CHitch@morrisjames.com>; Kenneth L. Dorsney <KDorsney@morrisjames.com>; Legal Assistant <legalassistant@jshrumlaw.com>; @IP Para <MJIPPPara@morrisjames.com>
**Subject:** RE: Rein Tech v. Mueller -- Redactions Request

**Jack,**

**Can you get back to us today to confirm that we may file the application unopposed?**

**Thanks,**

**Coby**


Buchalter

**Coby S. Nixon**
Shareholder
**T** (404) 832-7533
**C** (678) 910-9466
cnixon@buchalter.com

3475 Piedmont Rd. NE Suite 1100
Atlanta, GA 30305
www.buchalter.com

---

From: Nixon, Coby S.
Sent: Wednesday, September 24, 2025 9:47 AM
To: Jack Shrum <**jshrum@jshrumlaw.com**>
Cc: Trimble, Seth K. <**strimble@buchalter.com**>; Mull, Cory <**cmull@buchalter.com**>; Cortlan S. Hitch
<**CHitch@morrisjames.com**>; Kenneth L. Dorsney <**KDorsney@morrisjames.com**>; Legal Assistant
<**legalassistant@jshrumlaw.com**>; @IP Para <**MJIPPara@morrisjames.com**>
Subject: RE: Rein Tech v. Mueller -- Redactions Request

**Jack,**

**I wanted to follow up on our draft application. We look forward to hearing from you.**

**Regards,**

**Coby**

---

From: Nixon, Coby S. <**cnixon@buchalter.com**>
Sent: Friday, September 19, 2025 5:19 PM
To: Jack Shrum <**jshrum@jshrumlaw.com**>
Cc: Trimble, Seth K. <**strimble@buchalter.com**>; Mull, Cory <**cmull@buchalter.com**>; Cortlan S. Hitch
<**CHitch@morrisjames.com**>; Kenneth L. Dorsney <**KDorsney@morrisjames.com**>; Legal Assistant
<**legalassistant@jshrumlaw.com**>; @IP Para <**MJIPPara@morrisjames.com**>
Subject: RE: Rein Tech v. Mueller -- Redactions Request

**Jack,**

**Attached for review is draft unopposed application, declaration in support, and proposed order
for the fee amount we discussed. Please confirm that we may file.**

**Thanks,**

**Coby**

## Buchalter

**Coby S. Nixon**
Shareholder
**T** (404) 832-7533
**C** (678) 910-9466
cnixon@buchalter.com

3475 Piedmont Rd. NE Suite 1100
Atlanta, GA 30305
www.buchalter.com

---

**From:** Jack Shrum <**jshrum@jshrumlaw.com**>
**Sent:** Thursday, September 11, 2025 4:45 PM
**To:** Nixon, Coby S. <**cnixon@buchalter.com**>
**Cc:** Trimble, Seth K. <**strimble@buchalter.com**>; Mull, Cory <**cmull@buchalter.com**>; Cortlan S. Hitch
<**CHitch@morrisjames.com**>; Kenneth L. Dorsney <**KDorsney@morrisjames.com**>; Legal Assistant
<**legalassistant@jshrumlaw.com**>
**Subject:** RE: Rein Tech v. Mueller -- Redactions Request

> This message has originated from an **External Email**. jshrum@jshrumlaw.com <jshrum@jshrumlaw.com>:

---

Coby,

Rein Tech will not object to the fee amount but we will not consent to it either.  Please send along a draft Stipulation
for my review.

Thank you.

Jack

**JACK SHRUM, PA**
**CITIZENS BANK CENTER**
**919 N. Market Street, Suite 1410**
**Wilmington, DE 19801**
**Ph: 302-543-7551**
**Fax: 302-543-6386**
**Direct: 609-367-2430**
**E-mail: Jshrum@jshrumlaw.com**

**CONFIDENTIALITY NOTICE UNAUTHORIZED INTERCEPTION IS PROHIBITED BY FEDERAL
LAW [Electronic Communications Privacy Act of 1986, 18 U.S.C. 2701(a) and 2702(a)|This message is
being sent by Jack Shrum, PA, a law firm. It is intended exclusively for the individuals and entities to
which it is addressed. This communication, including any attachments, may contain information that is
proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the
named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any
part of it. If you have received this message in error, please notify the sender immediately by email and
delete all copies of this message.**

---

**From:** Nixon, Coby S. <**cnixon@buchalter.com**>
**Sent:** Thursday, September 11, 2025 1:13 PM
**To:** Jack Shrum <**jshrum@jshrumlaw.com**>
**Cc:** Trimble, Seth K. <**strimble@buchalter.com**>; Mull, Cory <**cmull@buchalter.com**>; Cortlan S. Hitch
<**CHitch@morrisjames.com**>; Kenneth L. Dorsney <**KDorsney@morrisjames.com**>
**Subject:** RE: Rein Tech v. Mueller -- Redactions Request

Jack,

Following up on our call last week, please let us know if Rein Tech will agree on the amount to be paid to Mueller.

Regards,

Coby

Buchalter

**Coby S. Nixon**
Shareholder
**T** (404) 832-7533
**C** (678) 910-9466
cnixon@buchalter.com

3475 Piedmont Rd. NE Suite 1100
Atlanta, GA 30305
www.buchalter.com

---

**From:** Jack Shrum <**jshrum@jshrumlaw.com**>
**Sent:** Thursday, September 4, 2025 11:39 AM
**To:** Nixon, Coby S. <**cnixon@buchalter.com**>
**Cc:** Trimble, Seth K. <**strimble@buchalter.com**>; Mull, Cory <**cmull@buchalter.com**>; Cortlan S. Hitch <**CHitch@morrisjames.com**>; Kenneth L. Dorsney <**KDorsney@morrisjames.com**>
**Subject:** RE: Rein Tech v. Mueller -- Redactions Request

This message has originated from an **External Email**. jshrum@jshrumlaw.com <jshrum@jshrumlaw.com>:

---

Coby,

I am available at 2 PM tomorrow.

Jack

**JACK SHRUM, PA**
**CITIZENS BANK CENTER**
**919 N. Market Street, Suite 1410**
**Wilmington, DE 19801**
**Ph: 302-543-7551**
**Fax: 302-543-6386**
**Direct: 609-367-2430**
**E-mail: Jshrum@jshrumlaw.com**

**CONFIDENTIALITY NOTICE UNAUTHORIZED INTERCEPTION IS PROHIBITED BY FEDERAL LAW [Electronic Communications Privacy Act of 1986, 18 U.S.C. 2701(a) and 2702(a)]This message is being sent by Jack Shrum, PA, a law firm. It is intended exclusively for the individuals and entities to which it is addressed. This communication, including any attachments, may contain information that is**

proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of this message.

From: Nixon, Coby S. <**cnixon@buchalter.com**>
Sent: Thursday, September 4, 2025 9:59 AM
To: Jack Shrum <**jshrum@jshrumlaw.com**>
Cc: Trimble, Seth K. <**strimble@buchalter.com**>; Mull, Cory <**cmull@buchalter.com**>; Cortlan S. Hitch <**CHitch@morrisjames.com**>; Kenneth L. Dorsney <**KDorsney@morrisjames.com**>
Subject: Re: Rein Tech v. Mueller -- Redactions Request

Jack,

I wanted to follow up. What is your availability for a call tomorrow?

Thanks,

Coby

## Buchalter

**Coby S. Nixon**
Shareholder
**T** (404) 832-7533
**C** (678) 910-9466
cnixon@buchalter.com

3475 Piedmont Rd. NE Suite 1100
Atlanta, GA 30305
www.buchalter.com

On Aug 29, 2025, at 5:48 PM, Nixon, Coby S. <**cnixon@buchalter.com**> wrote:

**Jack,**

**I'm available next Wednesday afternoon (9/3) for a meet and confer call.**

**Thanks,**

**Coby**

## Buchalter

**Coby S. Nixon**
Shareholder

**T** (404) 832-7533
**C** (678) 910-9466
cnixon@buchalter.com

3475 Piedmont Rd. NE Suite 1100
Atlanta, GA 30305
www.buchalter.com

**From:** Jack Shrum <**jshrum@jshrumlaw.com**>
**Sent:** Friday, August 29, 2025 3:02 PM
**To:** Nixon, Coby S. <**cnixon@buchalter.com**>
**Cc:** Trimble, Seth K. <**strimble@buchalter.com**>; Mull, Cory <**cmull@buchalter.com**>; Cortlan S. Hitch <**CHitch@morrisjames.com**>; Kenneth L. Dorsney <**KDorsney@morrisjames.com**>
**Subject:** RE: Rein Tech v. Mueller -- Redactions Request

This message has originated from an **External Email**. jshrum@jshrumlaw.com <jshrum@jshrumlaw.com>:

Coby,

We have some questions about some of the time entries on your proposed draft for fees to the Court.  We should discuss before you file this.

Also, attached are Rein Tech, Inc.'s Proposed Redactions to the Official Transcript from the hearing on August 1, 2025.  Do you have any issues with these redactions?  I will file it today.

Thank you.

Jack

**JACK SHRUM, PA**
**CITIZENS BANK CENTER**
**919 N. Market Street, Suite 1410**
**Wilmington, DE 19801**
**Ph: 302-543-7551**
**Fax: 302-543-6386**
**Direct: 609-367-2430**
**E-mail: Jshrum@jshrumlaw.com**

**CONFIDENTIALITY NOTICE UNAUTHORIZED INTERCEPTION IS PROHIBITED BY FEDERAL LAW [Electronic Communications Privacy Act of 1986, 18 U.S.C. 2701(a) and 2702(a)]This message is being sent by Jack Shrum, PA, a law firm. It is intended exclusively for the individuals and entities to which it is addressed. This communication, including any attachments, may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of this message.**

From: Nixon, Coby S. <**cnixon@buchalter.com**>
Sent: Tuesday, August 19, 2025 4:57 PM
To: Jack Shrum <**jshrum@jshrumlaw.com**>
Cc: Trimble, Seth K. <**strimble@buchalter.com**>; Mull, Cory <**cmull@buchalter.com**>; Cortlan S. Hitch
<**CHitch@morrisjames.com**>; Kenneth L. Dorsney <**KDorsney@morrisjames.com**>
Subject: Rein Tech v. Mueller - Mueller's Application for Attorneys' Fees

Jack,

Pursuant to the Court's August 1 Order, Mueller is preparing an application for its
fees and costs associated with its motion for sanctions. In an effort to avoid
unnecessary briefing and burdens on the parties and the Court, we write to see if
the parties can reach agreement on the amount to be paid to Mueller.

Attached please find a chart we have prepared as a draft exhibit to a declaration in
support of Mueller's application. The chart sets forth the fees and expenses
incurred in connection with Mueller's motion, including the hearings held on July
10 and August 1. As you will see, the total amount of fees and expenses sought by
Mueller is $38,614.87.

Please let us know if Rein Tech will agree on this amount. If so, we will draft a
joint letter and proposed order for your review. If you have any questions or wish
to discuss, we are happy to hop on a call.

Regards,

Coby

## Buchalter

**Coby S. Nixon**
Shareholder
**T** (404) 832-7533
**C** (678) 910-9466
cnixon@buchalter.com

3475 Piedmont Rd. NE Suite 1100
Atlanta, GA 30305
www.buchalter.com

**Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may
be a communication privileged by law. If you received this e-mail in error, any review, use,
dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately
of the error by return e-mail and please delete this message and any and all duplicates of this message
from your system. Thank you in advance for your cooperation. For additional policies governing this e-
mail, please see http://www.buchalter.com/about/firm-policies/.**

**Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may
be a communication privileged by law. If you received this e-mail in error, any review, use,
dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately
of the error by return e-mail and please delete this message and any and all duplicates of this message
from your system. Thank you in advance for your cooperation. For additional policies governing this e-
mail, please see http://www.buchalter.com/about/firm-policies/.**

**Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.**

**Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.**

**Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.**

**Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.**