IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REIN TECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1683 (MN) |
| | ) |
| MUELLER SYSTEMS, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington, this 5th day of November 2025, consistent with the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment of No Infringement (D.I. 175) is **GRANTED**.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment of Invalidity based on the Written Description Requirement (D.I. 173), Defendant's Motion for Summary Judgment of Invalidity based on Anticipation (D.I. 174) and Defendant's Motion for Summary Judgment of Invalidity based on Indefiniteness (D.I. 176) are **DENIED** without prejudice.

IT IS STILL FURTHER ORDERED that the rulings in this Memorandum Opinion and Order will be incorporated into the Final Judgment entered in this case.

IT IS FINALLY ORDERED that on or before November 12, 2025, Defendant shall take appropriate steps to dismiss its counterclaims without prejudice as discussed at the Pretrial Conference.

The Honorable Maryellen Noreika
United States District Judge