# JACK SHRUM, P.A.

**CITIZENS BANK CENTER**
**919 N. MARKET STREET, SUITE 1410**
**WILMINGTON, DELAWARE 19801**

"J" JACKSON SHRUM*  
* ADMITTED IN DELAWARE, PENNSYLVANIA, AND NEW JERSEY  
**E-mail:** jshrum@jshrumlaw.com

TELEPHONE: (302) 543-7551  
TELECOPIER: (302) 543-6386  
**Direct Dial:** **(609) 367-2430

November 24, 2025

**VIA ELECTRONIC MAIL**

Cortlan S. Hitch (#6720)  
Morris James LLP  
500 Delaware Ave., Ste. 1500  
Wilmington, DE 19801  
302-888-6988  
Fax: 302-571-1750  
Email: chitch@morrisjames.com

Kenneth L. Dorsney (#3726)  
Morris James LLP  
500 Delaware Ave., Ste. 1500  
Wilmington, DE 19801  
302-888-6855  
Fax: 302-571-1750  
Email: kdorsney@morrisajames.com

RE: *Rein Tech, Inc. v. Mueller Systems, LLC*, Case No. 1:18-cv-01683-MN  
*Response to Schedule Hearing*

Dear Judge Noreika,

Pursuant to this Court's Oral Order dated November 5, 2025, Plaintiff Rein Tech, Inc. ("Rein Tech") submits this response for available dates to conduct a hearing on the prosecution of U.S. Patent Appl. No. 17/981,454. Mr. Klicpera and any relevant witness(es) will be available for a hearing anytime after January 8, 2026 at the Court's convenience.

Should Your Honor have any questions, the undersigned counsel remains available at the Court's convenience.

Thank you.

1

Respectfully submitted,

**JACK SHRUM, P.A.**
*/s/ "J" Jackson Shrum* (#4757)
CITIZENS BANK CENTER
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Phone: 302-543-7551
Fax: 302-543-6386
Direct: 609-367-2430
E-mail: jshrum@jshrumlaw.com
*Attorney for Rein Tech, Inc.*