**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

REIN TECH, INC.,

    Plaintiff,

      v.

MUELLER SYSTEMS, LLC,

    Defendant.

C.A. No. 1:18-cv-01683-MN

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S
May 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendant Mueller Systems, LLC ("Mueller") moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this motion the Parties state as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which requires *inter alia* for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. An Oral Argument is currently scheduled for January 15, 2026 in Courtroom 4A before Judge Maryellen Noreika.

3.  Some members of Mueller's team do not meet the exemptions listed in Paragraph 4 of the
    May 17, 2024 Standing Order.

4.  The following persons that may appear at the Oral Argument require access to their
    electronic devices, but do not have state issued bar cards or meet the exemptions listed in
    Paragraph 4 of the May 17, 2024 Standing Order:

    - Coby S, Nixon, attorney for Mueller

    - Cory Mull, attorney for Mueller

    - Seth K. Trimble, attorney for Mueller

5.  WHEREFORE, Mueller respectfully requests that the Court issue an order in the form of
    an executed version of this Motion, to exempt certain persons from the District of
    Delaware's May 17, 2024 Standing Order.

Dated: December 29, 2025

MORRIS JAMES LLP

*Of Counsel:*

   */s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

BUCHALTER APC
Coby S. Nixon (admitted *pro hac vice*)
Seth K. Trimble (admitted *pro hac vice*)
Cory M. Mull (admitted *pro hac vice*)
3475 Piedmont Road NE, Suite 1100
Atlanta, GA 30305
cnixon@buchalter.com
strimble@buchalter.com
cmull@buchalter.com

*Attorneys for Defendant*
*Mueller Systems, LLC*

SO ORDERED this 30th day of December 2025

The Honorable Maryellen Noreika
United States District Judge

2