IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REIN TECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUELLER SYSTEMS, LLC, <br><br> Defendant. | No. 1:18-cv-01683-MN |

## ANN BUTLER'S CERTIFICATION TO JUDGE MARYELLEN NOREIKA'S COURT FOR THE JANUARY 15, 2026 HEARING

I, Ann Butler, state:

1. My statements in this certification are consistent with my previous statements in my certification of August 29, 2025 (D.I. 198).

2. I never received any AEO material marked, furnished or held by Mueller or any other party. I never touched, saw, read, or reviewed any AEO material. I never had any AEO material, physical or electronic, on my computer or elsewhere. Michael Klicpera never gave me any AEO material.

3. I work independently and separately from Michael Klicpera, at a separate office, and use my own computer.

4. I am a professional in the biotech industry, with a career in regulatory affairs, quality assurance, and clinical research for medical drug and device companies. For the past 10 years, I have worked in oncology therapeutics, the most recent position being 6.5 years in medical writing senior management within the research and development department of a global pharmaceutical company. In this capacity, I serve as program lead for two major drug assets

1

for hematology and solid tumor. I develop clinical and regulatory documents, prepare regulatory submissions, and respond to health authority requests for information. I participate as a subject matter expert in compliance matters including study inspections, data disclosure and transparency, and data privacy and security.

5. Throughout my career in this highly regulated industry, I have daily exposure to confidential information and material and have consistently respected all confidentiality requirements. I am well trained in corporate conduct and ethics and in policies and procedures concerning confidentiality and security. And I have an unblemished record of compliance and integrity.

6. I am an active member of the Regulatory Affairs Professional Society, and I have maintained my Regulatory Affairs Certification (RAC) for many years.

7. My undergraduate background is in Physiology and English, and I hold an executive MBA degree.

8. I have previously confirmed with the USPTO Inventors' Assistance Office that my work with checking patent claims and specifications and drafting responses is acceptable and common.

9. My method of checking and amending claims is customized and exclusive. It is based on my experience in technical writing and document management.

10. I have never worked on or reviewed any claim charts or exhibits thereof.

11. I know that the Rein Tech Research Attorney never was given nor received any Mueller AEO material from Michael Klicpera. Also consistent with her statement of certification, the Research Attorney never worked on or reviewed any claim charts or exhibits thereof.

12. In 2025, I reviewed some of the body of Michael Klicpera's expert witness report (I did

not receive or review any exhibits). This was not an in-depth review and focused on grammar. No AEO materials were involved. My review was cursory since, during that time period, I was compromised with vertigo, which I had never experienced before, and it did not resolve until some weeks after an urgent care appointment on March 18, 2025.

13. Although I never had any AEO material, out of any abundance of caution, once I learned that AEO material had been inadvertently exhibited in an updated claim chart, I deleted all expert witness report documents from my computer. It should not be construed from this deletion that I previously had any AEO material. I did not.

14. In 2024, I helped in the preparation of the '837 Certificate of Correction. I know that the '837 Certificate of Correction was not developed using any AEO material.

15. Analysis of the '837 Patent Certification of Correction confirms that the corrections are derived from the original '837 claim language and specification. All corrections are of a clerical nature, a typographical nature, or a mistake of minor character.

16. In 2025, I worked on the preparation of the '454 Response to Office Action to the Office Action dated April 25, 2025. I know that this Response to Office Action was not developed using any AEO material. Sources solely consisted of <u>Patent Prosecution</u> by I. H. Donner, <u>Landis Patent Claims</u>, <u>Merriam Webster Dictionary</u>, and prior art references Klicpera WO 2020/154384 A1 and Klicpera WO 2020/154384 A1 in view of Li CN 206133917.

17. Analysis of the '454 Response to Office Action confirms that the amendments are derived from the previous claim language and specification. There was no new matter introduced.

18. Michael Klicpera had knee surgery in August 2025 and could not work at the computer. I know that he did not work on the '454 Response to Office Action.

19. On October 27, 2025, I emailed my '454 file to Michael Klicpera at approximately 8:00 pm PT and then assisted Michael Klicpera at his computer to verify the submission was complete and electronically filed with USPTO at approximately 8:30 pm. The deadline for electronic submission to USPTO was by 9:00 pm PT that same day.

20. The format of the claims is consistent with my method of checking and amending claims.

21. It has been verified that the '454 file I completed and sent to Michael Klicpera on October 27, 2025 matches the '454 file submitted to the USPTO on October 27, 2025.

[SIGNATURE PAGE TO FOLLOW]

5

_____
Ann Butler

Dated: January 12, 2026

SWORN AND SUBSCRIBED before me this 12th day of January 2026.

_____

See attached
Jurat/Acknowledgment

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State Of: California**
**County Of:** Contra Costa

**Subscribed and sworn to** *(or affirmed)* **before me on the** 12th **day of** Jan **, 2026**
**by** Ann Butler ,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**Signature:** J. Labra

J. LABRA
COMM. # 2540182
NOTARY PUBLIC • CALIFORNIA
SANTA CLARA COUNTY
MY COMMISSION EXPIRES
DEC. 27, 2029

**Title of Document:** Ann Butler's Certification
**Total Number of Pages:** 7
**Notary Commission Expiration Date: December 27, 2029**
**Notary Commission Number: 2540182**